**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| LORI FITZGERALD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cv-00044-GEC |
| | ) | |
| JOSEPH WILDCAT SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS JOSEPH WILDCAT, SR., JESSI LORENZO, AND NICOLE**
**REYNOLDS' MOTION TO COMPEL INDIVIDUAL ARBITRATION OF PLAINTIFF**
**KEVIN WILLIAMS' CLAIMS AND STAY KEVIN WILLIAMS' CLAIMS PENDING**
**ARBITRATION AND MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST**
**THEM OR, ALTERNATIVELY, TO STRIKE CLASS ACTION ALLEGATIONS**

Defendants Joseph Wildcat, Sr. ("Mr. Wildcat"), Jessi Lorenzo ("Ms. Lorenzo"), and Nicole Reynolds ("Ms. Reynolds") (collectively referred to as "Tribal Defendants"), by and through their attorneys, hereby move, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., and Fed. R. Civ. P. 12(b)(3) to compel arbitration of Plaintiff Kevin Williams' claims and for an order staying all proceedings related to Mr. Williams' claims until such time as arbitration has been had in accordance with the written arbitration agreement at issue herein. This Motion to Compel Individual Arbitration is based on the files, records and proceedings herein; the Declaration of Juanita Huguley, with the attached exhibits; and the Tribal Defendants' supporting Brief.

The Tribal Defendants also move to dismiss all of the Plaintiffs' claims against them for the following four independent reasons. First, because the Complaint fails to comply with the pleading requirements set forth in Fed. R. Civ. P. 8 and, thus, constitutes an impermissible shotgun pleading. Second, the causes of action against the Tribal Defendants should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because the Complaint does not plausibly state a cause of against them.

111062683

Third, even if the Court finds that the Complaint states a cause of action against the Tribal Defendants, they should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) because they are not the real parties in interest in this case.  Fourth, in the alternative, the Tribal Defendants should be dismissed pursuant to Fed. R. Civ. P. 12(b)(7) and 19 because the Tribe (and its entities) are necessary and indispensable parties to this action and cannot be joined.

Finally, in the alternative, Plaintiffs' class allegations should be stricken from the Complaint pursuant to Fed. R. Civ. P. 12(f) because, as a matter of law, Plaintiffs cannot satisfy Fed. R. Civ. P. 23 for the proposed classes.[1]

WHEREFORE, Defendants respectfully request that this Court compel arbitration of Plaintiff Kevin Williams' claims and stay his claims against the Tribal Defendants pending arbitration.  The Tribal Defendants also ask the Court to dismiss Plaintiffs Aaron Fitzgerald and Lori Fitzgerald' claims against them (along with Plaintiff Kevin Williams' claims, in the alternative) or, alternatively strike the class action allegations,  together with such other and further relief as the Court deems just and proper.

By:  /s/ Alan D. Wingfield
Alan D. Wingfield (VSB No. 27489)
John E. Komisin (VSB No. 84061)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: alan.wingfield@troutman.com
Email:  jed.komisin@troutman.com
*Counsel for Jessi Lorenzo, Nicole Reynolds and Joseph Wildcat, Sr.*

---

[1] The Motion to Dismiss or Alternatively, to Strike Class Action Allegations is also based on the files, records and proceedings herein and the Tribal Defendants' supporting Brief.  The Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(7) is also supported by the Declaration of John Johnson, Sr.

111062683

and

Shilee T. Mullin *(pro hac admission pending)*
Spencer Fane LLP
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: (402) 965-8600
Fax: (402) 965-8601
E-mail: smullin@spencerfane.com
*Counsel for Jessi Lorenzo and Nicole Reynolds*

and

Andrew Adams III (*pro hac admission pending*)
Hogen Adams PLLC
1935 County Road B2 W., Suite 460
Saint Paul, MN 55113
Telephone: (651) 842-9100
Fax: (651) 842-9101
E-mail: aadams@hogenadams.com
*Counsel for Joseph Wildcat, Sr*

111062683