**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| LORI FITZGERALD, AARON FITZGERALD, and KEVIN WILLIAMS, individually and on behalf of others similarly situated, | Case No: 3:20-cv-00044<br><br>Hon. Glen E. Conrad |
| Plaintiffs, | |
| v. | |
| JOSEPH WILDCAT SR., TRIBAL PRESIDENT OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, in his official and individual capacities; NICOLE CHAPMAN REYNOLDS; JESSI PHILLIPS LORENZO; ZENRESOLVE, LLC; and JOHN DOES NOS. 1-20, | |
| Defendants. | |

---

### SPECIALLY-APPEARING DEFENDANT ZENRESOLVE, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(6), and 12(b)(7).

Specially-Appearing Defendant ZenResolve, LLC ("ZenResolve"), by counsel, respectfully moves this Court to dismiss this action for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3), failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), and failure to join an indispensable party under Federal Rule of Civil Procedure 12(b)(7). In support of this motion, ZenResolve relies upon and incorporates by reference the arguments and legal authorities set forth in the Memorandum in Support filed concurrently herewith.

This Motion is filed in the alternative to ZenResolve's contemporaneously filed Joinder in Defendants Joseph Wildcat, Sr., Jessi Loenzo, and Nicole Chapman's Motion to Compel

Individual Arbitration of Plaintiff Kevin Williams' Claims ("Joinder"). By making this motion, ZenResolve does not waive any arguments in its contemporaneously filed Joinder.

DATED: December 4, 2020                    Respectfully submitted,

                                          _____/s/_____
                                          Joshua D. Goad (VSB No. 74915)
                                          Kathryn A. Poe (VSB No. 92465)
                                          JOHNSON, AYERS & MATTHEWS, PLC
                                          P.O. Box 2200
                                          310 First Street Suite 700
                                          Roanoke, VA 24009
                                          Tel. (540) 767-2000
                                          Fax (540) 982-1552
                                          jgoad@jamlaw.net
                                          kpoe@jamlaw.net

                                          Robert A. Rosette (*pro hac vice)*
                                          Nicole St. Germain (*pro hac vice*)
                                          ROSETTE, LLP
                                          565 West Chandler Road Suite 212
                                          Chandler, AZ 85225
                                          Tel. (480) 889-8990
                                          Fax (480) 889-8997
                                          rosette@rosettelaw.com
                                          nstgermain@rosettelaw.com

                                          *Attorneys for Specially-appearing Defendant*
                                          *ZenResolve, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a Notice of Electronic Filing (NEF) to be delivered to all parties' counsel of record.

                                          _____/s/_____