# EXHIBIT B

Case 3:20-cv-00044-NKM-JCH Document 44-2 Filed 12/04/20 Page 1 of 3
Pageid#: 374

RESOLUTION NO. 030197-4

## RESOLUTION OF THE GENERAL COMMUNITY COUNCIL OF THE BIG VALLEY RANCHERIA DIRECTING THE TRIBAL BUSINESS COMMITTEE TO ASSUME DAY TO DAY OPERATIONAL RESPONSIBILITY OF THE TRIBE

WHEREAS; The Big Valley Rancheria is governed pursuant to a Constitution and Bylaws approved by the Secretary of Interior under the Indian Reorganization Act (IRA); and,

WHEREAS; Under the Tribe's IRA Constitution, the General Community Council, composed of all qualified voting members of the Tribe, is the governing body of the Tribe; and,

WHEREAS; The elected officers of the Tribe are the Chairman, Vice Chairman, Secretary and Treasurer; and,

WHEREAS; The elected officers comprise the Tribal Business Committee with such powers as are delegated to it by the General Community Council; and,

WHEREAS; The Business Committee is required to make regular reports, not less often than quarterly and annually based on general accounting procedures, to the General Community Council on the financial status of the casino and Tribal office operations.

THEREFORE BE IT RESOLVED; The Tribal Business Committee shall oversee all day to day operational management of all current and future enterprises of the Tribe, including the Konocti Vista Casino through a General Manager hired by the Tribal Business Committee, all Tribal Government operations, responsibility of all assets and accounts of the Tribe and regulatory responsibilities of the Big Valley Gaming Commission are hereby reaffirmed. The Business Committee shall have the authority to enact ordinances and resolutions that comply with the Tribe's Constitution and shall further have the authority to execute limited waivers of sovereign immunity that are contract specific.

## CERTIFICATION

The undersigned Chairman and Secretary of the Big Valley Rancheria, Band of Pomo Indians hereby certify that the foregoing resolution was adopted at a duly called special meeting of the General Community Council held on March 1, 1997, with a quorum of 96, members present, by the votes as follows.

Vote: 85 for, 0 against, 0 abstaining.

We declare under penalty of perjury that the foregoing certification is true and correct.

Executed at the Big Valley Rancheria, Lake County, California on March 1, 1997.

_____
Valentino Jack, Big Valley Rancheria, Tribal Chairman

_____
Judy Cleveland, Big Valley Rancheria, Tribal Secretary