# EXHIBIT C

WY Secretary of State
FILED: 06/23/2020 02:20 PM
Original ID: 2017-000776629
Amendment ID: 2020-002865133

## ARTICLES OF MERGER

### OF

### ZENRESOLVE, LLC
#### a Wyoming limited liability company

### WITH AND INTO

### GRANITE ACQUISITIONS, LLC
#### a foreign limited liability company

The undersigned, on behalf of ZenResolve, LLC, a Wyoming limited liability company (the "*Merging Company*"), and Granite Acquisitions, LLC(the "*Surviving Company*"), a limited liability company formed under the laws of the Big Valley Band of Pomo Indians of the Big Valley Rancheria (the "*Tribe*"), do hereby certify and agree as follows:

**FIRST**: That an agreement and plan of merger ("*Merger Agreement*") by and between the constituent entities has been approved by the Merging Company in accordance with the Wyoming Limited Liability Company Act and by the Surviving Company in accordance with the laws of the Tribe, including the Tribe's Business Ordinance.

**SECOND**: That a true and correct copy of the Merger Agreement is on file at a place of business of the Surviving Company, and a copy of the Merger Agreement will be furnished by the Surviving Company, on request and without cost, to any member of the Surviving Company or the Merging Company, or any person holding an interest in any other business entity which is to merge or consolidate.

**THIRD**: These Articles of Merger, and the merger of the Merging Company with and into the Surviving Company, shall be effective upon filing.

**FOURTH**: It is agreed that:

a. The Surviving Company may be served with process in Wyoming in a proceeding for the enforcement of an obligation of a constituent organization and in a proceeding for the enforcement of the rights of a dissenting owner of an ownership interest of a constituent organization against the Surviving Company.

b. The Surviving Company irrevocably appoints the Wyoming Secretary of State as its agent to accept service of process in any proceeding as provided in the Minnesota Statutes. Process which may be forwarded to 2726 Mission Rancheria Rd., Lakeport, CA 95453.

[Signature page follows]

1

73709070.2

IN WITNESS WHEREOF, the undersigned have caused these Articles of Merger to be executed as of  June 1 , 2020.

          **ZENRESOLVE, LLC**, a Wyoming limited liability company

          By: _____
          Name: Andrew Dunn
          Title: Chief Executive Officer

          **GRANITE ACQUISITIONS**, a limited liability company formed under the laws of the Big Valley Band of Pomo Indians of the Big Valley Rancheria

          By: _[signature]_____
          Name: Ben G. Ray III
          Title: Manager

Signature Page to Cortex Systems, LLC Wyoming Articles of Merger

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

## CERTIFICATE OF MERGER

**ZenResolve, LLC (Wyoming) (Qualified Non-survivor)**

Merged into **GRANITE ACQUISITIONS, LLC (Big Valley Band of Pomo Indians) (Unqualified Survivor)**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **23rd** day of **June, 2020**.



*Edward X. Buchanan*
Secretary of State

By: _____Bailey Johnson_____

Filed Date: 06/23/2020

Page 1 of 1