# EXHIBIT L

Case 3:20-cv-00044-NKM-JCH Document 44-12 Filed 12/04/20 Page 1 of 3 Pageid#: 448

FILED
MAY 29 2020
BIG VALLEY RANCHERIA

RESOLUTION NO. 05-29-2020-05

PEAK ACQUISITION, LLC

## A RESOLUTION APPROVING ARTICLES OF ORGANIZATION AND OPERATING AGREEMENT FOR GRANITE ACQUISITIONS, LLC.

**WHEREAS,** the Big Valley Band of Pomo Indians of the Big Valley Rancheria (the "Tribe") is a federally recognized Indian tribe, with the inherent sovereignty to make its own laws, and be governed by them; and

**WHEREAS,** the Tribe is governed pursuant to a Constitution and Bylaws (the "Constitution") approved by the Secretary of the Interior under the Indian Re-Organization Act of 1934; and

**WHEREAS,** pursuant to its powers, the Tribal Business Committee, in an exercise of its authority, approved, authorized, and formed Peak Acquisition, LLC. ("Peak Acquisition") pursuant to Resolution No. 05-28-2020-04 and the Tribe's Business Ordinance, and in doing so expressly intended to create it as an arm of the Tribe, and vest it with the Tribe's privileges and immunities; and

**WHEREAS,** the Tribal Business Committee vested the powers necessary to carry out the day-to-day business and activities of Peak Acquisition as well as control and management of the business and activities in a Manager and appointed Ben Ray III as such Manager; and

**WHEREAS,** the Manager has decided it is in the best interest of Peak Acquisition to establish Granite Acquisitions, LLC in accordance with the Tribe's Business Ordinance, which will be formed as a limited liability company and subsidiary of Peak Acquisition, thereby also being a wholly-owned business of the Tribe;

**WHEREAS,** as a wholly owned business of the Tribe, Granite Acquisitions, LLC will be vested with all of the privileges and immunities of the Tribe afforded to all Tribal limited liability companies under Chapter 3, Section 3.2 of the Business Ordinance; and

**WHEREAS,** the Manager for Peak Acquisition has reviewed the attached Articles of Organization and Operating Agreement for Granite Acquisitions, LLC and finds that approval and adoption of the same is in the best interest of Peak Acquisition and the Tribe; and

**WHEREAS,** the Manager has established Granite Acquisitions, LLC as a Member-managed limited liability company and will retain control and management of the business and activities of Granite Acquisitions, LLC through Peak Acquisition.

**NOW THEREFORE BE IT RESOLVED**, that the Manager of Peak Acquisition hereby authorizes and approves the attached Articles of Organization and Operating Agreement to establish Granite Acquistions, LLC as a subsidiary of Peak Acquisition.

**BE IT FURTHER RESOLVED** that the Manager of Peak Acquisition will execute all documents and take all further action necessary or appropriate to duly implement the provisions of this resolution, including filing of the Articles of Organization and a copy of this Resolution with the Tribal Secretary.

1

## CERTIFICATION

The signatures below certify that the above resolution was adopted at a duly called meeting, at which quorum was established on May 29, 2020, by a vote of __1__ FOR, __0__ OPPOSED, and __0__ Abstaining.

_____    5/29/2020
Name: Ben Ray III
Manager

2