IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LORI FITZGERALD, AARON FITZGERALD, and KEVIN WILLIAMS, individually and on behalf of others similarly situated, | Case No: 3:20-cv-00044 <br><br> Hon. Glen E. Conrad |
| Plaintiffs, <br> v. | |
| JOSEPH WILDCAT SR., TRIBAL PRESIDENT OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, in his official and individual capacities; NICOLE CHAPMAN REYNOLDS; JESSI PHILLIPS LORENZO; ZENRESOLVE, LLC; and JOHN DOES NOS. 1-20, | |
| Defendants. | |

**SPECIALLY-APPEARING DEFENDANT ZENRESOLVE, LLC'S JOINDER TO DEFENDANTS' JOSEPH WILDCAT, SR., JESSI LORENZO AND NICOLE CHAPMAN'S MOTION TO COMPEL INDIVIDUAL ARBITRATION OF PLAINTIFF KEVIN WILLIAMS'S CLAIMS**

Specially-appearing Defendant, ZenResolve, LLC ("ZenResolve"), by counsel, respectfully moves, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., and Fed. R. Civ. P. 12(b)(3) to compel individual arbitration of Plaintiff Kevin Williams's claims. In the interest of preserving judicial economy, and as expressly permitted by Fed. R. Civ. P. Rule 10(c), ZenResolve expressly adopts and incorporates by reference as if set forth in full herein the relevant background information, standards, and arguments raised by Defendants Joseph Wildcat, Sr., Jessi Loenzo and Nicole Chapman's Motion to Compel Individual Arbitration and accompanying Brief, ECF Nos. 15 and 16.

DATED: December 4, 2020	Respectfully submitted,

         /s/
Joshua D. Goad (VSB No. 74915)
Kathryn A. Poe (VSB No. 92465)
JOHNSON, AYERS & MATTHEWS, PLC
P.O. Box 2200
310 First Street Suite 700
Roanoke, VA 24009
Tel. (540) 767-2000
Fax (540) 982-1552
jgoad@jamlaw.net
kpoe@jamlaw.net

Robert A. Rosette (*pro hac vice*)
Nicole St. Germain (*pro hac vice*)
ROSETTE, LLP
565 West Chandler Road Suite 212
Chandler, AZ 85225
Tel. (480) 889-8990
Fax (480) 889-8997
rosette@rosettelaw.com
nstgermain@rosettelaw.com

*Attorneys for Specially-appearing Defendant ZenResolve, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a Notice of Electronic Filing (NEF) to be delivered to all parties' counsel of record.

         /s/