**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | | |
|---|---|---|
| LORI FITZGERALD, *et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 3:20-CV-44-GEC |
| | : | |
| JOSEPH WILDCAT, SR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs and Defendant ZenResolve, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby stipulate to the dismissal with prejudice of the Complaint in its entirety only as to Defendant ZenResolve, LLC.

UPON CONSIDERATION WHEREOF, for good cause shown, and the notice and request of parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

ORDERED, ADJUDGED and DECREED that the Complaint only against Defendant, ZenResolve, LLC is DISMISSED WITH PREJUDICE, with each party to pay its own attorney's fees and costs.

Upon entry of this Order, the Clerk of the District Court shall send copies to all counsel of record.

ENTERED this _____ day of _____, 2021.


_____
Glen E. Conrad
United States District Court Judge

**WE ASK FOR THIS:**

| | |
|---|---|
| **PLAINTIFFS** | **ZENRESOLVE, LLC** |

By:/s/ *Kristi C. Kelly*

Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
Casey S. Nash, VSB No. 84261
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Tel.: 703-424-7570
Fax: 703-591-9285
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
*Counsel for Plaintiffs*

By: */s/*

Joshua D. Goad, VSB No. 74915
Kathryn A. Poe, VSB No. 92465
JOHNSON, AYERS & MATTHEWS, PLC
P.O. Box 2200
310 First Street Suite 700
Roanoke, VA 24009
Tel.: (540) 767-2000
Fax: (540) 982-1552
jgoad@jamlaw.net
kpoe@jamlaw.net

Robert A. Rosette (pro hac vice)
Nicole St. Germain (pro hac vice)
ROSETTE, LLP
565 West Chandler Road Suite 212
Chandler, AZ 85225
Tel.: (480) 889-8990
Fax: (480) 889-8997
rosette@rosettelaw.com
nstgermain@rosettelaw.com
*Counsel for ZenResolve, LLC*