# Exhibit 2

**RADIANTCREDIT**

**PLEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION.**

Loan #███████████

| Agreement Date: 3/5/2016<br>Effective Date: 3/9/2016 | Loan #: ███████████ |
|---|---|
| Ishwaaswi, LLC d/b/a<br>Radiant Credit<br>P.O.Box 1183<br>Lac du Flambeau<br>WI, 54538 | Name: Aaron Fitzgerald<br>Address: ██████████ |

We cannot commit to make a loan to You unless Your completed application is approved by our underwriting department, located on the Tribe's Reservation.

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br><br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br><br>The dollar amount the credit will cost you. | Amount Financed<br><br>The amount of credit provided to you or on your behalf. | Total of Payments<br><br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 278.27 % | $568.57 | $600.00 | $1,168.57 |

**Your Payment Schedule will be:**

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $97.38 | 4/1/2016 |
| 1 | $97.38 | 4/15/2016 |
| 1 | $97.38 | 4/29/2016 |
| 1 | $97.38 | 5/13/2016 |
| 1 | $97.38 | 5/27/2016 |
| 1 | $97.38 | 6/10/2016 |
| 1 | $97.38 | 6/24/2016 |
| 1 | $97.38 | 7/8/2016 |
| 1 | $97.38 | 7/22/2016 |
| 1 | $97.38 | 8/5/2016 |
| 1 | $97.38 | 8/19/2016 |
| 1 | $97.39 | 9/2/2016 |

**Late Charge:** If a payment is 5 days or more late, You will be charged $25 per late scheduled payment.

**Prepayment:** If You pay off early, You will not have to pay a penalty.

See the terms of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed Given to You directly $600.00

## SPECIAL NOTICES:

**\* YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
**\* YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
**\* YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT–TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
**\* NON-PROFIT CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

In this Loan Agreement (this "Loan Agreement") the words "We", "Us" and "our" mean Ishwaaswi, LLC d/b/a Radiant Credit, an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Lac du Flambeau (the Tribe), and any authorized representative, agent, independent contractor, affiliate or assignee We use in the provision of Your loan. "You" and "Your" means the consumer who signs the Agreement electronically. The term "business day" means any calendar day other than a Saturday, Sunday or a bank or federal holiday.

**YOUR PROMISE TO PAY:** You promise to pay Us, or any subsequent holder of this Agreement, the Amount Financed and finance charges according to the payment schedule in the Truth in Lending Disclosures plus all other amounts owed to Us under this Loan Agreement. You agree that Your finance charges will be calculated at the Annual Percentage Rate in the Truth in Lending Disclosures. All payments will be applied first to finance charges and fees and then to principal. If You prepay all or part of the principal amount due on Your loan, Your finance charges on the amount prepaid will be calculated as of the date Your next payment is due.

**DISBURSEMENT:** If Your Loan is approved, We will process disbursement of Your loan proceeds within one business day of the day Your loan is approved. You authorize Us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of Your loan into Your Bank Account described in Your Disbursement and Payment Choice Authorization. The date that Your loan proceeds are deposited to Your Bank Account is the "Disbursement Date." Unavoidable delays that occur as a result of bank holidays, the processing schedule of Your individual bank, , inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit and may cause a change in the Disbursement Instrument Date and Your Annual Percentage Rate ("APR") as disclosed herein. In the event that disbursement is delayed, the Disbursement Date will automatically adjust to the actual date of disbursement.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S):** You begin to accrue finance charge(s) for the loan on the Disbursement Date. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**ASSIGNMENT:** This Loan Agreement may not be assigned by You. We may assign or transfer this Loan Agreement and our related rights and obligations without notice to You and Your consent is not required if We make such an assignment or transfer.

**PAYMENTS:** You are required to make the payments for each Installment Period on or before the payment due dates in Your payment schedule ("Payment Due Dates"). If You would like to repay Your loan according to a payment plan other than as set forth herein, You must contact a customer service representative no later than three (3) days prior to Your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make Your payments on or before every Payment Due Date until You have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If on the final scheduled Payment Due Date ("Maturity Date"), You still owe amounts under this Agreement, You will pay those amounts in full on that date.

**ELECTRONIC PAYMENT:** If you elect to pay your payments electronically, then your payment plus any NSF, Late or Refused Instrument Charge fees due to Us, if applicable, will be debited electronically from Your Bank Account on each Payment Due Date as set forth in your payment schedule below (see "**DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION.**"). You may revoke your payments by contacting customer service at (855)723-9935 or emailing us at support@radiantcash.com. Please note, if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for Us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s).

**PAYMENT BY CHECK:** If You elect to pay by check, then you agree to repay all amounts due pursuant to this Agreement via check. All mailed payments must reach Us by 4:00pm Eastern Time on or before the Payment Due Date. If You provide a check as a payment, You authorize Us either to use information from Your check to make a one-time electronic fund transfer from Your account or to process the payment as a check transaction. When We use information from Your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day that We receive Your payment, and You will not receive Your check back from Your financial institution.

**PREPAYMENT:** You may prepay all or part of the amount You owe Us at any time before the Maturity Date without penalty. If You prepay in full, You must pay the finance charge(s) accrued on Your Loan and all other amounts due up to the date of Your next scheduled payment. If you wish to prepay Your loan, then You must contact a customer service representative at support@radiantcash.com to obtain an accurate payoff amount and either provide Us with authorization

Case 2:20-cv-00444-NKM   Document 68-2   Filed 02/16/21   Page 4 of 9

to effect a debit entry to Your bank account for the prepayment, or otherwise advise Us of your intended method of prepayment. If You pay all or part of the principal amount of this Loan and there is any remaining balance of the amount prepaid will be calculated as of the date of Your next scheduled payment.

**LATE CHARGE:** You agree to pay a late charge of $25 if a payment is 5 days or more late. If you authorized debits from Your Bank Account in Your Disbursement and Payment Choice Authorization, You agree that We may debit Your Bank Account, as applicable, for any late charges.

**REFUSED INSTRUMENT CHARGE:** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay Us a fee of $30. If you authorized debits from either Your Bank Account or debit card in Your Disbursement and Payment Choice Authorization, You agree that we may debit Your Bank Account or debit card, as applicable, for any refused instrument charges. Your refused instrument may also cause Your payment to be late which could result in Your having to also pay a late charge.

**VERIFICATION:** You authorize Us to verify the information You provided to Us in connection with Your Loan application. You give Us consent to obtain information about You from consumer reporting agencies or other sources at any time. We reserve the right to withhold funding of this Loan, at any time prior to disbursement, to allow Us to verify the information You have provided to Us.

**CREDIT REPORTING:** We may report information about Your loan to consumer reporting agencies. Late payments, missed payments, or other reportable events may be reflected on Your credit report.

**CANCELLATION:** You may cancel Your payment obligations under this Loan Agreement, without cost or finance charges, no later than 3:00 p.m. Eastern Time of the next business day immediately following the Disbursement Date ("Cancellation Deadline"). Your right to cancel Your loan only applies if Your loan either hasn't funded or, if it has, the funds are returned to Us as explained below. To cancel Your payment obligations on this loan, You must inform Us **in writing**, by or before the Cancellation Deadline, either by email to support@radiantcash.com or by fax at (715)598-6161, that You want to cancel the future payment obligations on this loan. If We timely receive Your written notice of cancellation on or before the Cancellation Deadline but **before** the loan proceeds have been deposited into Your Bank Account, then We will not debit Your Bank Account and both Your and our obligations under this Loan Agreement will be rescinded. However, if We timely receive Your written notice of cancellation on or before the Cancellation Deadline but **after** the loan proceeds have been deposited into Your Bank Account, then You authorize Us to effect a debit to Your Bank Account or Your debit card as You chose in Your Disbursement and Payment Choice Authorization for the principal amount of this Loan Agreement. If We receive payment of the principal amount via the debit, then both Your and Our obligations under this Loan Agreement will be rescinded. If We do not receive payment of the principal amount by debit to Your Bank Account or Your debit card, then this Loan Agreement will remain in full force and effect.

**DEFAULT:** You will be in default under this Agreement if You do not pay Us a scheduled payment or any other amounts You owe Us when due or Your chosen payment method is stopped, denied or otherwise dishonored. If You default on Your loan, We can choose to declare all principal, finance charges and other amounts that You owe Us to be immediately due and payable in full. If You are in default and You authorized debits from Your Bank Account, You agree that We can debit Your Bank Account or debit card, as applicable, for the full amount that You owe Us. Additionally, if You do not cooperate with Us on repaying Your debt to Us We may submit Your name to a collection agency and We may also report the incident to a consumer reporting agency database. This may negatively impact Your ability to write checks or to receive loans or advances from other companies.

**CONSEQUENCES OF DEFAULT:** Upon a default by You under this Agreement, We may, at our sole option, take any one or more of the following actions:

a) Agree to permit you to cure a payment default before the loan goes into collection by modifying your Loan Schedule and/or payment amounts (a "Cure arrangement"). This option is not available for all customers and/or all loan products. If We agree to a Cure arrangement and you fail to honor its terms, then we will have the right, at our sole discretion, to terminate the Cure arrangement and immediately and without notice declare the entire unpaid principal balance and all accrued unpaid finance charge(s) and fees immediately due under your Loan ("Accelerate your Loan");

b) automatically and without further action or notice Accelerate your Loan and require you to immediately pay us all amounts due and owing pursuant to such Acceleration;

c) if you have elected to repay your Loan electronically, we may automatically and without further action or notice withdraw from your designated account(s) an amount equal to the amount owed and unpaid as of Your last scheduled payment date up to an amount equal to the amount owed if we have Accelerated your loan; and

d) Pursue all legally available means to collect what you owe Us. By electing any one of these options, we do not waive or release our right to subsequently elect and apply any other options to collect the amounts due and owing to Us.

By electing any one of these options, we do not waive or release our right to subsequently elect and apply any other options to collect the amounts due and owing to Us.

**GOVERNING LAW:** The laws of the Tribe will govern this Loan Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between You and Us, Tribal law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY:** This Loan Agreement and all related documents are being submitted by You to Us as an economic arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally-recognized American Indian Tribe and enjoys governmental sovereign immunity. Because We and the Tribe are entitled to sovereign immunity, You will be limited as to what claims, if any, You may be able to assert against the Tribe and Us. To encourage resolution of consumer complaints, any complaint may be submitted by You or on Your behalf to the Tribe for review as described below.

Case 6:20-cv-00044-NKM-JCH Document 63-2 Filed 02/18/21 Page 6 of 9

**PRESERVATION OF SOVEREIGN IMMUNITY:** It is the express intention of the Tribe and Us operating as an economic arm of the Tribe, to fully preserve, and not waive, either Our or the Tribe's sovereign governmental immunity, and any other rights, titles, privileges, and immunities, to which We and the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either Your Loan Agreement or Your Disbursement and Payment Choice Authorization.

**TRIBAL HOTLINE:** If You have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Lac du Flambeau Tribal Hotline at (844)388-0500 between the hours of 9am and 5pm Central Time.

### TRIBAL DISPUTE RESOLUTION PROCEDURE PROVISION

As an accommodation to consumers, the Tribe has established the following Tribal Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of Us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at disputeresolution@radiantcash.com or by fax at (715)598-6161. A person's complaint to Us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. In the event that the consumer is dissatisfied with our initial determination, then he or she may request review of our initial determination by submitting such request in writing to Lac du Flambeau Indian Community Tribal Council Regulatory Authority, re: Tribal Financial Services Dispute Resolution, P.O. Box 155, Lac du Flambeau, WI 54538 no later than 10 days after receiving our initial determination. Any determination by or on behalf of the Tribe, whether procedural or substantive, shall be made by the Tribe in its sovereign discretion.

**THIS DISPUTE RESOLUTION OPPORTUNITY WITH THE TRIBAL COUNCIL IS INTENDED AS THE SOLE DISPUTE RESOLUTION MECHANISM FOR DISPUTES AND CLAIMS ARISING UNDER THIS LOAN AGREEMENT. THIS MEANS THAT YOU ARE EFFECTIVELY WAIVING YOUR RIGHT TO A JURY TRIAL.**

The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Tribal Dispute Resolution Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Loan Agreement, the information You gave Us before entering into this Loan Agreement, including the customer information application, and/or any past Loan Agreement or Agreements between You and Us; (c) all counterclaims, cross-claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by Us against You, including claims for money damages to collect any sum We claim You owe Us; (g) all claims asserted by You individually against the Tribe, Us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on Your behalf by another person; (i) all claims asserted by You as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against Us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by Us or related third parties of any non-public personal information about You.

All disputes including any Representative Claims against Us and/or related third parties shall be resolved by the Tribal Dispute Resolution Procedure in this Provision only on an individual basis with You. Any party to a dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their dispute and setting forth the subject of the dispute along with the relief requested.

This Provision is binding upon and benefits You, Your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, Us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if Your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between You and Us and continues in full force and effect unless You and We otherwise agree in writing.

**THIS TRIBAL DISPUTE RESOLUTION PROCEDURE PROVISION MEANS THAT:**

**\* YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY.**
**\* YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**
**\* YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND**
**\* YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

### CONSENT TO ELECTRONIC COMMUNICATIONS

\* The following terms and conditions govern electronic communications in connection with this Loan Agreement and the transaction evidenced by this Loan Agreement (this Consent). By electronically signing this Loan Agreement by clicking the "I AGREE" button and entering Your name below, You are confirming that You have agreed to the terms and conditions of this Consent and that You have the ability to download or print a copy of this Consent for Your records. You agree that:

* Any disclosure, notice, record or other type of information that is provided to You in connection with Your transaction with Us, including but not limited to this Loan Agreement, disclosures, notices, change in terms notices, fee and transaction information, statements, delayed disbursement notices, notices of adverse action, and transaction information (collectively, Communications), may be sent to You electronically by sending it to You by e-mail or by posting the information at our web site, www.RadiantCash.com.

* We will not be obligated to provide any Communication to You in paper form unless You specifically request Us to do so.

* You may obtain a copy of any Communication by contacting Us at www.RadiantCash.com, writing to Us at support@radiantcash.com, or by calling Us at (855)723-9935 . You can also withdraw Your consent to ongoing electronic communications in the same manner, and ask that they be sent to You in paper or non-electronic form. If You choose to receive Communications in paper or non-electronic form, We may elect to terminate this Loan Agreement and demand payment of the amount then due by the date of Your withdrawal of consent; or by the expiration of any minimum term mandated by law, whichever is later.

* You agree to provide Us with Your current e-mail address for notices at the address or phone number indicated above. If Your e-mail address changes, You must send Us a notice of the new address by writing to Us or sending Us an e-mail, using secure messaging, at least 5 days before the change.

* In order to receive electronic communications in connection with this transaction, You will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to Your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have Your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing You with advance notice.

## CONSENT TO RECEIVE OPERATIONAL TEXT MESSAGES

* As used in this text consent, "Text Message" means any text messaging communication from Us to You pertaining to Your loan, including but not limited to payment information, account information, due dates, delinquent accounts, and program updates relating to Your loan, but excluding advertising or telemarketing Text Messages. All Text Messages from Us in electronic format to You will be considered "in writing."

* How To Unsubscribe: You may withdraw Your consent to receive Operational Text Messages by calling Us at (855)723-9935 or emailing Us at support@radiantcash.com. At our option, We may treat Your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of Your consent to receive Text Messages. We will not impose any fee upon You to process the withdrawal of Your consent to receive Operational Text Messages. Any withdrawal of Your consent to use Text Messages will be effective only after We have a reasonable period of time to process Your withdrawal.

* In order to access, view, and retain Text Messages that We make available to You, You must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on Your mobile phone.

* To request additional information, contact Us by telephone at (855)723-9935.

* The services are available from most of the carriers that offer Text Messaging. Consult Your mobile service carrier to confirm that they offer Text Messaging.

* There is no service fee for Text Messages but You are responsible for all charges imposed by Your communications service provider, such as fees associated with Text Messaging. Consult Your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on Your phone bill. Message frequency depends on account settings.

* You agree that We may send any Operational Text Messages related to Your loan through Your communication service provider in order to deliver them to You and that Your communication service provider is acting as Your agent in this capacity. You agree to indemnify, defend and hold Us harmless from and against all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from Your provision of a mobile phone number that is not Your own or Your violation of applicable federal, state or local law, regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Loan Agreement. You agree that Text Messages are provided for Your convenience only.

* Receipt of each Text Message may be delayed or impacted by factors pertaining to Your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by Us.

* We may modify or terminate our Operational Text Messaging services from time to time, for any reason, with or without notice, and without liability to You, any other user or third party.

## CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

Aaron Fitzgerald By signing this section, You consent to our sending You advertising and telemarketing Text Messages to the mobile phone number You have provided below. You also consent to our making advertising or telemarketing calls to

You at Your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice.
* Signing this section will be deemed to be Your signature acknowledging Your consent to receive advertising and telemarketing Text Messages and telephone calls as described above to Your mobile phone at (434)760-0770.

* You are not required to consent to advertising or telemarketing Text Messages or calls to obtain credit or other services from Us. At any time, You may withdraw Your consent to receive advertising or marketing Text Messages or marketing calls to the mobile number provided by calling Us at (855)723-9935 or emailing Us at support@radiantcash.com.

* You understand that: any Text Messages We send You may be accessed by anyone with access to Your Text Messages; and Your mobile phone service provider may charge You fees for Text Messages that We send You, and You agree that We shall have no liability for the cost of any Text Messages.

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

**BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:**

**\* THE TRIBAL DISPUTE RESOLUTION PROCEDURES PROVISION**
**\* THE CONSENT TO ELECTRONIC COMMUNICATIONS**
**\* THE CONSENT TO RECEIVE OPERATIONAL TEXT MESSAGES**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.**

**[I AGREE]**
**DATE: 3/5/2016**
**Aaron Fitzgerald**

| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for Ishwaaswi, LLC d/b/a Radiant Credit | Loan #: ███████ |
|---|---|
| REVIEW VERY CAREFULLY BEFORE EXECUTING THE LOAN AGREEMENT | |

## DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION

By electronically signing this Disbursement and PAYMENT CHOICE Authorization below, You voluntarily authorize Us to initiate disbursement credits and payment debits You have authorized. This Disbursement and PAYMENT CHOICE Authorization is a part of and relates to the Loan Agreement dated 3/5/2016 (the "Loan Agreement"). The words "You" and "Your" mean the borrower who has electronically signed this Disbursement and PAYMENT CHOICE Authorization. The words "We", "Us" and "our" mean Ishwaaswi, LLC d/b/a Radiant Credit and our successors and assigns.

Disbursements to Your Bank Account. Unless otherwise agreed, disbursement credits of Your loan proceeds will be made to the following bank account ("Your Bank Account")

| Bank Name: | ████████████ |
|---|---|
| Transit ABA Number: | ██████ |
| Deposit Account Number: | ████████ |

We will make these disbursement credits by using any commercially available method We choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through Your debit card accessing Your Bank Account. As a data security measure, You will separately provide Us with Your debit card information.

### Your PAYMENT CHOICE AUTHORIZATION

**Payment from Your Bank Account.** You authorize Us, and our successors and assigns to process payment debit entries out of Your Bank Account by using any commercially available methods We choose, such as (but not limited to) ACH entries, "remotely created checks" or transactions through Your debit card accessing Your Bank Account. You specifically authorize Us to use any of these methods to process debit entries from Your Bank Account for all payments due under this Loan Agreement in a sum equal to Your payment amount due under the Loan Agreement; provided, however, that You preauthorize Us to vary the amount of any debit entry on each Payment Due Date as needed to adjust a payment due on the Loan to reflect: (1) any payment You make; (2) any amounts You still owe under this Agreement on the final scheduled Payment Due Date; and, (3) for any late, returned item charges, nonsufficient fund fees and other fees imposed under the Loan Agreement.

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $97.38 | 4/1/2016 |
| 1 | $97.38 | 4/15/2016 |
| 1 | $97.38 | 4/29/2016 |
| 1 | $97.38 | 5/13/2016 |

| 1 | $97.38 | 5/27/2016 |
| 1 | $97.38 | 6/10/2016 |
| 1 | $97.38 | 6/24/2016 |
| 1 | $97.38 | 7/8/2016 |
| 1 | $97.38 | 7/22/2016 |
| 1 | $97.38 | 8/5/2016 |
| 1 | $97.38 | 8/19/2016 |
| 1 | $97.39 | 9/2/2016 |

If You are in default, You authorize Us to process one or more debit entries to pay all principal, finance charges and other amounts due to Us as provided in the Loan Agreement. You authorize Us to re-process debit entries for the same amounts if any attempted payment transaction is dishonored.

We will provide you with 10 days' notice prior to processing a preauthorized debit entry that varies from the scheduled amounts detailed above, unless the variance results from your request and your new authorization for us to change the amount of your payments going forward.

**YOU MAY REVOKE YOUR AUTHORIZATION TO AUTOMATIC PAYMENTS AT ANY TIME BY CONTACTING US DIRECTLY AT (855)723-9935 OR** support@radiantcash.com**.** Please note, if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for Us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s). **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

**PLEASE NOTE, YOU ARE NOT REQUIRED TO AUTHORIZE THIS PAYMENT CHOICE AUTHORIZATION OPTION IN ORDER TO BE FUNDED YOUR LOAN. IF YOU PREFER TO PAY VIA MANUAL PAYMENTS, PLEASE CONTACT CUSTOMER SERVICE AT (855)572-3227 TO SET UP THIS ALTERNATE PAYMENT OPTION. IF YOU CHOOSE TO PAY VIA MANUAL PAYMENTS, YOUR LOAN WILL NOT BE FUNDED UNTIL AFTER YOU HAVE SUCCESSFULLY CONTACTED CUSTOMER SERVICE AND HAVE COMPLETED A LOAN AGREEMENT WITH MANUAL PAYMENTS AS YOUR PAYMENT CHOICE. MANUAL PAYMENTS INCLUDE PAYMENT BY CASHIERS CHECK OR MONEY ORDER.**

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION FOR YOUR RECORDS.**

**[I AGREE]**

**Date: 3/5/2016**
**73.171.62.29**
**Aaron Fitzgerald**

**ERROR RESOLUTION NOTICE:** In the event (i) you have a question about an electronic transfer or if (ii) you find an error, you must telephone (855)723-9935 or email us at support@radiantcash.com. We must hear from you no later than 60 days after the FIRST debit or credit that is the basis of the problem or error. (1) Tell us your name and account number (if any); (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. For errors involving new accounts, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error. We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

# PRIVACY POLICY

Rev. November 2012

| **FACTS** | **WHAT DOES ISHWAASWI, LLC DO WITH YOUR PERSONAL INFORMATION?** |
| --- | --- |

Case 2:20-cv-00044-RKM-JCF Document 33-2 Filed 02/16/21 Page 9 of 9 PageID#: 777

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>* Social Security number and checking account  information<br>* Payment history and income<br>* Employment information and wire transfer instructions |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers personal information; the reason Ishwaaswi, LLC chooses to share; and whether you can limit this sharing |

| Reasons we can share your personal information | Does Ishwaaswi, LLC share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | YES | NO |
| For our marketing purposes to offer our products and services to you | YES | NO |
| For joint marketing with other financial companies | NO | WE DO NOT SHARE |
| For our affiliates everyday business purposes information about your transactions and experiences | YES | NO |
| For our affiliates everyday business purposes information about your creditworthiness | YES | YES |
| For our affiliates to market to you | YES | YES |
| For nonaffiliates to market to you | YES | YES |

| | |
|---|---|
| **To limit our sharing** | * Call 855-572-3227 - our menu will prompt you through your choices or<br>* Visit us on the web at www.RadiantCash.com<br>* Contact us via email at support@radiantcash.com<br>Please note:<br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice.  When you are no longer our customer, we can share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
| **Questions?** | Call 855-572-3227 or go to www.RadiantCash.com |

| Who we are: | |
|---|---|
| Who is providing this notice? | Ishwaaswi, LLC d/b/a/ Radiant Credit business entity of the Lac du Flambeau Indian Community, is providing this privacy policy. |

| What we do: | |
|---|---|
| How does Radiant Credit, LLC protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings. |
| How does Radiant Credit, LLC collect my personal information? | We collect your personal information, for example, when you<br>* Apply for a loan<br>* Give us your income information<br>* Tell us where to send the money<br>* Provide account information<br>* Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only<br>* sharing for affiliates' everyday business purposes - information about your creditworthiness<br>* affiliates from using your information to market to you<br>* sharing for nonaffiliates to market to you |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions: | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>* *Our affiliates include other business entities of the Lac du Flambeau Indian Community.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>* *Radiant Credit, LLC* does not jointly market. |