# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Lori Fitzgerald, et al.,<br>*Plaintiff*<br>v.<br>Joseph Wildcat Sr, et al.,<br>*Defendant* | Civil Action No. 3:20-cv-00044-NKM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Cheney Pruett
6801 Summerhill Road
Texarkana, TX 75503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kristi Kelly & Andrew Guzzo
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: 703-424-7570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LAURA A. AUSTIN, CLERK OF COURT



s/ Dylan Gaddes
*Deputy Clerk*

Date:  10/25/2022

Civil Action No. 3:20-cv-00044-NKM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **WILLIAM CHENEY PRUETT**

was received by me on *(date)* **OCTOBER 28, 2022** at *(time)* **[4:43 PM]**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **(WIFE) MINDI PRUETT** at **6801 SUMMERHILL ROAD TEXARKANA, TX 75503**, a person of suitable age and discretion who resides there, on *(date)* **OCTOBER 29, 2022** at **2:24 P.M.**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

Date: **OCTOBER 29, 2022**

*Edward Joe Hotzel* (signature)
*Server's signature*

**EDWARD JOE HOTZEL / CERTIFIED PROCESS SERVER**
*Printed name and title*

**1001 TEXAS BLVD STE 108, TEXARKANA, TX 75501**
*Server's address*

Subscribed and sworn to before me this date: **OCT. 29, 2022**

*Linda Hotzel* — Notary Public

My commission expires: **04/16/2023**

[Notary Seal: Linda LaJuan Hotzel, My Commission Expires 04/16/2023, ID No 131976851, State of Texas]

Additional information regarding service or attempted service: Subject's wife Mindi Pruett.
I delivered the documents to subject's wife, Mindi Pruett she indicated she is the subject's spouse, co-resident with her identity confirmed, by her stating her name. She accepted service with direct delivery. She appeared to be a dark-haired white female contact 30-35 years of age, 5'6" to 5'8" tall and weighing 120-140 lbs.