UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**LORI FITZGERALD**, *et al.*,

      Plaintiffs,

v.                                                          Civil Action No. 3:20-cv-00044-NKM-JCH

**JOSEPH WILDCAT SR.**, *et al.*,

      Defendants.

### DEFENDANT SKYTRAIL SERVICING GROUP, LLC'S MOTION TO COMPEL INDIVIDUAL ARBITRATION OF PLAINTIFF MAVILLE'S CLAIMS AND TO STAY MAVILLE'S CLAIMS PENDING ARBITRATION

Defendant Skytrail Servicing Group, LLC, hereby respectfully moves this Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., and Fed. R. Civ. P. 12(b)(3) to compel arbitration of Plaintiff Angela Maville's claims and for an order staying all proceedings related to the same until an arbitration has been conducted in accordance with the written arbitration agreement at issue herein. Skytrail Servicing incorporates the arguments set forth in its supporting Memorandum filed contemporaneously herewith.

WHEREFORE, Skytrail Servicing Group, LLC respectfully requests that this Court compel arbitration of Plaintiff Angela Maville's claims and stay her claims against Skytrail Servicing pending arbitration, together with such other and further relief as the Court deems just and proper.

**SKYTRAIL SERVICING GROUP, LLC**

By: */s/David N. Anthony*
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for William Cheney Pruett and Skytrail Servicing Group, LLC*
    TROUTMAN PEPPER HAMILTON SANDERS LLP
    1001 Haxall Point
    Richmond, VA 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December 2022, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *David N. Anthony*
David N. Anthony
Virginia State Bar No. 31696
*Counsel for William Cheney Pruett and Skytrail Servicing Group, LLC*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

137537522