UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**LORI FITZGERALD**, *et al.*,

    Plaintiffs,

v.    Civil Action No. 3:20-cv-00044-NKM-JCH

**JOSEPH WILDCAT SR.**, *et al.*,

    Defendants.

**MOTION TO SEAL EXHIBIT B OF DECLARATION OF GEOFFREY H. KOZEN IN SUPPORT OF MOTION TO DISMISS PLAINTIFF MAVILLE'S CLAIMS AND MOTION TO COMPEL ARBITRATION OF MAVILLE'S CLAIMS**

Pursuant to W.D. Va. Gen. R. 9, defendant Sky Trail Servicing Group, LLC ("Skytrail Servicing") moves for an order to seal Exhibit B attached to the Declaration of Geoffrey H. Kozen in Support of Motion to Dismiss Plaintiff Maville's Claims and Motion to Compel Arbitration of Maville's Claims, filed contemporaneously with this motion. In support of this Motion, Skytrail Servicing states the following:

1. Exhibit B is a contract between Ningodwaaswi, LLC, d/b/a Sky Trail Cash ("Sky Trail Cash") and Skytrail Servicing that contains information regarding the business structure of Sky Trail Cash and the relationship between Sky Trail Cash and Skytrail Servicing.

2. The vast majority of the information contained in Exhibit B is not otherwise publicly available, meant to be kept confidential by Sky Trail Cash and Skytrail Servicing, and would prejudice the competitive business interests of both entities if publicly disclosed.

3. Sealing Exhibit B provides the Court and the parties to this lawsuit with the means to consider its contents in the record while safeguarding the confidential nature of its contents from any party outside this litigation.

WHEREFORE, Skytrail Servicing Group, LLC respectfully requests that the Court enter an order granting its motion to seal and requests that Exhibit B remain sealed indefinitely.

**WILLIAM CHENEY PRUETT and**
**SKY TRAIL SERVICING GROUP, LLC**

By: /s/David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for William Cheney Pruett and Sky Trail Servicing Group, LLC*
    TROUTMAN PEPPER HAMILTON SANDERS LLP
    1001 Haxall Point
    Richmond, VA  23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2022, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for William Cheney Pruett and Sky Trail Servicing Group, LLC*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

137623370