# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

LORI FITZGERALD, *et al.*,

    Plaintiffs,

v.

JOSEPH WILDCAT SR., *in his official and individual capacities, et al.*,

    Defendants.

Case No. 3:20-cv-00044-NKM-JCH

## **[PROPOSED] ORDER**

For the reasons previously determined by the Court (*see* Order at ECF 128), the Court grants the Plaintiffs' Motion to Seal. Exhibit 3 to the Second Amended Complaint, as well as the portions of the Second Amended Complaint referencing Exhibit 3, will be filed under seal.

It is so ORDERED.

                                                The Hon. Joel Hoppe
                                                United States Magistrate Judge

Charlottesville, Virginia
Date: January ___, 2023