FILED:  September 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1929 (L)
(3:20-cv-00044-NKM-JCH)

———————————

LORI FITZGERALD; AARON FITZGERALD; KEVIN WILLIAMS; JADE
SINGLETON; ANGELA MAVILLE, Individually and on behalf of others
similarly situated

       Plaintiffs - Appellees

v.

SKYTRAIL SERVICING GROUP, LLC; WILLIAM CHENEY PRUETT

       Defendants - Appellants

 and

JOSEPH WILDCAT, SR.; NICOLE CHAPMAN-REYNOLDS; JESSI PHILLIPS
LORENZO; JOHN JOHNSON; GEORGE THOMPSON; JAMIE ANN ALLEN;
JEFFREY BAUMAN, SR.; LOUIS ST. GERMAINE; ERIC CHAPMAN, SR.;
RACQUEL BELL; GLORIA COBB; WILLIAM GRAVEEN; SARAH
PYAWASIT; WILLIAM STONE, SR.

       Defendants

———————————

No. 23-1930
(3:20-cv-00044-NKM-JCH)

———————————

LORI FITZGERALD; AARON FITZGERALD; KEVIN WILLIAMS; JADE
SINGLETON; ANGELA MAVILLE, Individually and on behalf of others

similarly situated

        Plaintiffs - Appellees

v.

JOSEPH WILDCAT, SR.; NICOLE CHAPMAN-REYNOLDS; JESSI PHILLIPS
LORENZO; JOHN JOHNSON; GEORGE THOMPSON; JAMIE ANN ALLEN;
JEFFREY BAUMAN, SR.; LOUIS ST. GERMAINE; ERIC CHAPMAN, SR.;
GLORIA COBB; WILLIAM GRAVEEN; RACQUEL BELL; WILLIAM
STONE, SR.; SARAH PYAWASIT

        Defendants - Appellants

 and

SKYTRAIL SERVICING GROUP, LLC; WILLIAM CHENEY PRUETT

        Defendants

---

O R D E R

---

        The court consolidates Case No. 23-1929 and Case No. 23-1930. Entry of

appearance forms and disclosure statements filed by counsel and parties to the lead

case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk