# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| LORI FITZGERALD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH WILDCAT SR., *et al.*, <br><br> Defendants. | Civil No. 3:20-cv-44-NJM-JCH |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiffs and Defendants move this Court for entry of the attached Stipulated Protective Order. In support of this Motion, the Parties state as follows:

1. The Parties expect this case will entail the production of significant documents and information.

2. The Parties agree it is likely that confidential or proprietary financial information, or information that constitutes trade secrets, will be produced as part of the discovery, and that the production and dissemination of such information could be harmful absent appropriate protection.

3. The Parties agree good cause exists for entry of the Protective Order, a copy of which is attached hereto

Based on the agreement of the Parties and for good cause to protect confidential information and facilitate discovery, the Parties respectfully request that the Court enter the attached Protective Order.

DATED: July 18, 2024                               Respectfully submitted,

**PLAINTIFFs**

　　　*/s/ Kristi C. Kelly*　　　
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
Matthew Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiffs*

**SKY TRAIL DEFENDANTS**

　　　*/s/ David N. Anthony*　
David N. Anthony, VSB No. 31696
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com
*Counsel for William Cheney Pruett and*
*Sky Trail Servicing Group, LLC*

**TRIBAL DEFENDANTS**

　　　*/s/ John E. Komisin*　　　
Alan D. Wingfield, VSB No. 27489
John E. Komisin, VSB No. 84061
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: alan.wingfield@troutman.com
Email: jed.komisin@troutman.com
*Counsel for Joseph Wildcat, Sr., John Johnson,*

2

3

*George Thompson, Jamie Ann Allen, Jeffrey Bauman, Sr., William Stone, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Cobb, William Graveen, Sarah Pyawasit, Jessi Phillips Lorenzo, and Nicole Chapman Reynolds*

3