FILED: July 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
7/29/2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
    DEPUTY CLERK

No. 23-1929 (L)
(3:20-cv-00044-NKM-JCH)

LORI FITZGERALD; AARON FITZGERALD; KEVIN WILLIAMS; JADE SINGLETON; ANGELA MAVILLE, Individually and on behalf of others similarly situated

   Plaintiffs - Appellees

v.

SKYTRAIL SERVICING GROUP, LLC; WILLIAM CHENEY PRUETT

   Defendants - Appellants

and

JOSEPH WILDCAT, SR.; NICOLE CHAPMAN-REYNOLDS; JESSI PHILLIPS LORENZO; JOHN JOHNSON; GEORGE THOMPSON; JAMIE ANN ALLEN; JEFFREY BAUMAN, SR.; LOUIS ST. GERMAINE; ERIC CHAPMAN, SR.; RACQUEL BELL; GLORIA COBB; WILLIAM GRAVEEN; SARAH PYAWASIT; WILLIAM STONE, SR.

   Defendants

No. 23-1930
(3:20-cv-00044-NKM-JCH)

Case 3:20-cv-00044-NKM-JCH   Document 185   Filed 07/29/24   Page 2 of 2   Pageid#: 3779

LORI FITZGERALD; AARON FITZGERALD; KEVIN WILLIAMS; JADE SINGLETON; ANGELA MAVILLE, Individually and on behalf of others similarly situated

    Plaintiffs - Appellees

v.

JOSEPH WILDCAT, SR.; NICOLE CHAPMAN-REYNOLDS; JESSI PHILLIPS LORENZO; JOHN JOHNSON; GEORGE THOMPSON; JAMIE ANN ALLEN; JEFFREY BAUMAN, SR.; LOUIS ST. GERMAINE; ERIC CHAPMAN, SR.; GLORIA COBB; WILLIAM GRAVEEN; RACQUEL BELL; WILLIAM STONE, SR.; SARAH PYAWASIT

    Defendants - Appellants

and

SKYTRAIL SERVICING GROUP, LLC; WILLIAM CHENEY PRUETT

    Defendants

---

O R D E R

---

Upon consideration of the unopposed motion to stay proceedings in this appeal pending resolution of the approval process of the class action settlement in the district court, the court grants the motion.

              For the Court

              /s/ Nwamaka Anowi, Clerk