Nestor Aldana
4635 Alma St
New Port Richey, FL 34652

3:20CV44

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 10 2024

LAURA A. AUSTIN, CLERK
BY: S. Mth
DEPUTY CLERK

Clerk of the Court
United State District Court
Western District of Virginia
255 W. Main Street
Charlottesville, VA 22902

Dear: Ms or Mrs

I am writing to let you know that I am a member of the settlement class member of Fitzgerald settlement club. I don't remember the account #. But I do have my last four #0711. I also have a Class Counsel with the Company Kelly Guzzo, PLC. Located at 3925 Chain Bridge Rd, suite 202 Fairfax, VA 22030. I will not be able to physically be in court that day, because I life in the state of Florida. I appriciate if you guys fight for my rights.

Thank you
Best regards;
NA
Nestor Aldana

NAME: Nestor Acebey(?)
ADDRESS: 4635 Alma St
CITY/STATE: New Port Richey FL
ZIP CODE: 34652

Case 3:20-cv-00044-NKM-JCH   Document 188   Filed 09/10/24   Page 2 of 2   Pageid#: 3792

TAMPA FL 335
SAINT PETERSBURG FL
5 SEP 2024   PM 4   L



Clerk of the Court United States District Court Western District of Virginia 255 W. Main St Charlottesville, VA 22902