I request to be excluded from the class settlement in this case.

Heather Black, 1024 Jack St. Pinnacle NC 27043. Last 4 social: 5241.

3744 Reynolda Rd
Winston Salem NC
27106

Clerk of Court
U.S. District Court
Western District of VA
255 W. Main Street
Charlottesville, VA 22902
Case No. 3:20-CV-00044