Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

LORI FITZGERALD, *et al.*, *individually
and on
behalf of others similarly situated*,
　　　　　Plaintiffs,

v.

JOSEPH WILDCAT SR., *et al.*,
　　　　　Defendants.

Case No. 3:20-cv-00044 (NKM)

## DECLARATION OF AMERICAN LEGAL CLAIM SERVICES, LLC
## REGARDING DUE DILIGENCE IN NOTICING

　　　I, Mark Unkefer, declare as follows:

1. I am a competent adult, over the age of eighteen, and this declaration is based on my personal knowledge.

2. I am a Case Manager for American Legal Claim Services, LLC ("ALCS").

3. **CAFA Noticing:** On July 26, 2024, ALCS mailed, via certified mail, a Notice Pursuant to the Class Action Fairness Act of 2005 ( the "CAFA Notice", attached hereto as Exhibit A), to the Attorneys General of the 49 states and the territory of Puerto Rico, the Attorney General of the United States, the District of Columbia's Corporate Counsel, the Attorney General for Guam, the Attorney General for American Samoa, the Attorney General for the United States Virgin Islands, and the Attorney General for the Northern Mariana Islands. The CAFA Notice package contained a cover letter on behalf of the Defendant(s) (attached hereto as Exhibit A) as well as a CD-ROM that included all exhibits referenced in the letter. The CAFA Notice package was emailed to the Attorney General for Nevada, as requested.

4. **Class List Receipt and Processing:** Prior to August 30, 2024, ALCS received and processed 20 different lists that contained loan information for consumer borrowers for 20 different lending entities. ALCS processed the mailing list ("Class List") and reviewed the data for duplicative class members. The original class list contained 1,466,438 class members with over 3.2 million loan records. On or about October 17, ALCS was notified of 21,533 additional class members that needed to be added to the Class List, making the count of class members 1,487,971 and nearly 3.4 million loan records. Throughout the noticing process, ALCS utilized several means of ensuring the most accurate emailing and mailing addresses for class members. These methods included National Change of Address through the USPS, skip-tracing, and manual updates from class members. Additionally, processed the email addresses utilizing methodology to identify undeliverable emails and emails that would otherwise hinder the success of the email campaign,

1

5. **Initial Class Notice:** Prior to September 1, 2024, ALCS emailed the Notice of Class Action ("Notice") substantially in the form approved by the Court (attached hereto as Exhibit B) to 1,311,209 class members. Additionally, on August 30, 2024, ALCS commenced mailing the Notice to 155,344 class members that did not have a valid email address. Of the 1,311,209 emails sent, 18,549 were deemed undelivered. ALCS mailed Notices via First Class Mail to these class members whose email attempt was not successful. On October 25, 2024, ALCS mailed the Notice via First Class Mail (with updated Exclusion and Objection deadlines) to 21,533 newly identified class members.

6. **Returned Mail Handling:** ALCS processed the Notices that were returned by USPS. A minority of the mail included an updated address provided by USPS ("FOE"). For these, the class member addresses were updated, and the Class Notice was re-mailed to the updated address provided. The remainder of the mail returned by the USPS did not contain an updated address ("UAA"). For these, ALCS conducted address searches using a nationally recognized location service to attempt to locate new addresses for these class members. ALCS mailed Notices to 195,311 class members (176,877 Initial Notices plus the 18,549 undeliverable emails). Of the 195,311 mailed Notices, 41,180 were returned by USPS as of the date of this declaration. Of those 41,180 returned, 34,561 were remailed to updated addresses. Of the 34,561 remailed Notices, 5,037 Notices were returned. 11,656 Notices were deemed undeliverable.

7. **Noticing Campaign Summary:** The following is a summary of the noticing, as of the date of this Declaration[1]:

   - Total Class Members: 1,487,971
   - Initial Notice of Class Action Settlement Successfully emailed: 1,292,660
   - Initial Notice of Class Action Settlement mailed via USPS: 195,311
   - Notice of Class Action Settlement returned by USPS: 41,180
   - Notice of Class Action Settlement remailed via USPS: 34,561
   - Notice of Class Action Settlement deemed undeliverable: 11,656
   - Percentage of Notice of Class Action Settlement deemed delivered: **99.22%**

8. **Exclusions:** The initial Notices instructed those who wish to opt out of the proposed settlement to mail a request for exclusion to the Settlement Administrator. They further stated that an opt out request must be postmarked no later than October 29, 2024. The Notice mailed to the newly identified class members on October 25, 2024 stated that an opt out request must be postmarked no later than November 27, 2024. ALCS has received 40 exclusion requests for this case as of the date of this declaration. A copy of each exclusion is attached hereto as Exhibit C.

9. **Objections:** The initial Notices instructed those who wish to object to the proposed settlement to mail a written statement of objection to both the Clerk of Court and the Settlement Administrator, postmarked no later than the Objection Deadline of October 29, 2024. The Notices mailed to the newly identified class members on October 25, 2024 stated that an Objection must be postmarked no later than November 27, 2024. ALCS has not received any Objections for this case.

---

[1] ALCS continues to receive and process mail, for which no forwarding address is available. The number of pieces of this type of mail will likely increase and the presumed delivery rate will be reduced as processing continues.

10. **Toll-Free Telephone/Email:** ALCS established a toll-free telephone line 800-348-2540 for Class members to contact with questions about the settlement or update their information. Class members could get additional information via an Interactive Voice Recording (IVR) message tree or request to be transferred to a live agent.

11. **Website:** ALCS provided a case website www.consumerloansettlement.com that provided further information as stated in the Notice. The website contained a copy of the Notice of Class Action translated to Spanish along with sections for important Court documents, key dates, and answers to frequently asked questions. Class members also had an opportunity to update their address online and view the estimated amount of monetary consideration they might receive under the settlement.

12. **Estimated Payments:** As defined in the Settlement Agreement, Cash Awards will be paid to Tier 1 or Tier 2 Settlement Class Members only if their calculated Cash Award is equal to or greater than two dollars ($2.00), if they haven't opted out of the settlement. Below is a breakdown of the estimated number of payments by payment amount range:

| Estimated Payment | Count | Average Amount of Principal to be Forgiven | Aggregate Amount of Principal to be Forgiven |
|---|---|---|---|
| $1000.01 - $3597.41 | 61 | $4,349.14 | $265,297.42 |
| $250.01 - $1000.00 | 4,991 | $2,160.61 | $10,783,592.66 |
| $100.01 - $250.00 | 36,365 | $1,456.81 | $52,977,009.18 |
| $50.01 - $100.00 | 81,109 | $993.07 | $80,546,917.74 |
| $2.00 - $50.00 | 695,196 | $579.38 | $402,781,612.00 |
| No Cash Payment | 670,249 | $675.34 | $452,646,169.71 |
| | 1,487,971 | | $1,000,000,598.71 |

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge. Executed on November 13, 2024, in Jacksonville, Florida.

Mark Unkefer

Exhibit A

**July 26, 2024**

The United States Attorney General and
All State Attorneys General Identified on
the Attached Service List

       **Re:**    **Notice Pursuant to the Class Action Fairness Act of 2005 in connection with FITZGERALD et al v. Wildcat et al in the United States District Court, Western District of Virginia, Charlottesville Division, Case 3:20-cv-00044-NKM-JCH**

Dear Sir or Madam:

On behalf of Joseph Wildcat, Sr., Nicole Chapman-Reynolds, Jessi Phillips Lorenzo, John Johnson, George Thompson, Jaime Ann Allen, Jeffrey Bauman, Sr., Louis St. Germaine, Jared Poupart, Paula Poupart, Patricia Zimmerman, Lyle Chapman, Ray Allen, William Stone, Sr. (collectively, the "Tribal Released Parties"), William C Pruett, Skytrail Servicing Group, LLC (collectively, the Pruett Released Parties, together with the Tribal Officials, "Defendants"), and in accordance with the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b), this letter provides notice of a proposed settlement of a putative class action captioned FITZGERALD, *et al.* v. WILDCAT, *et al.* in the United States District Court, Western District of Virginia, Charlottesville Division, Case 3:20-cv-00044-NKM-JCH.

Section 1715 requires defendants participating in a proposed class action settlement to serve upon appropriate federal and state officials a notice containing information responsive to eight items enumerated in the statute. Defendants' responses to each of these items are below. Also enclosed is a CD containing documents relating to the settlement, as required by Section 1715. If you have any difficulty accessing any of the documents on the enclosed CD, please contact the undersigned.

*Item 1:* *A copy of the complaint, any materials filed with the complaint, and any amended complaints. 28 U.S.C. § 1715(b)(1).*

July 26, 2024
Page 2

On July 24, 2020, Lori Fitzgerald, Aaron Fitzgerald and Kevin Williams, *("Plaintiffs"),* on behalf of themselves and all others similarly situated*,* filed a Class Action Complaint against Joseph Wildcat, Sr., Nicole Chapman-Reynolds, Jessi Phillips Lorenzo, Zenresolve, LLC and John Does 1-20, in United States District Court, Western District of Virginia, Charlottesville Division, bearing Case No. 3:20-cv-00044-NKM-JCH. In the complaint, Plaintiffs asserted class action claims against the Defendants based on short-term loans from the lending businesses affiliated with the Defendants via the Internet.  A copy of the Class Action Complaint is included on the enclosed CD as **Exhibit 1**.

On October 21, 2022, Plaintiffs filed an Amended Class Action Complaint in connection with the settlement of this matter. A copy of the Amended Class Action Complaint with its exhibits is included on the enclosed CD as **Exhibit 2**.

On October 21, 2022, Plaintiffs filed a Second Amended Class Action Complaint in connection with the settlement of this matter. A copy of the Second Amended Class Action Complaint with its exhibits is included on the enclosed CD as **Exhibit 3**.

*Item 2: Notice of any scheduled judicial hearing in the class action. 28 U.S.C. § 1715(b)(2).*

At the time of the drafting of this letter, a preliminary approval hearing has not yet been scheduled by the District Court.

*Items 3 and 4: Any proposed or final notification to the class members of the members' right to request exclusion from the class action; or if no right to request exclusion exists, a statement that no such right exists; and a proposed settlement of a class action and any proposed or final class action settlement. 28 U.S.C. § 1715(b)(3)(A)(i)(ii) and 28 U.S.C. § 1715(b)(4).*

The parties have executed a Settlement Agreement and Release with respect to the proposed Settlement Class (as defined in the Settlement Agreement). A copy of the Settlement Agreement and its exhibits are included on the enclosed CD as **Exhibit 4**. Those exhibits include a notice to putative class members concerning their rights regarding the proposed settlement, including a right to opt out. On July 17, 2024, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement which is included on the enclosed CD as **Exhibit 5**. The Motion requests that the Court (1) preliminarily approve the class action settlement; (2) approves the Notice; (3) orders the Proposed Notice be immediately mailed to

July 26, 2024
Page 3

Settlement Class Members; (4) approves and appoints American Legal Claim Services as the Settlement Administrator and; (5) suggesting a date of the final Fairness Hearing for November or December 2024.

Also included on the enclosed CD as **Exhibit 6** is a copy of the Memorandum in Support for Preliminary Approval of Class Action Settlement.

*Item 5: Any settlement or other agreement contemporaneously made between class counsel and counsel for the Defendant. 28 U.S.C. § 1715(b)(5).*

There are no other agreements between class counsel and counsel for Defendants related to this matter, other than those identified in the Settlement Agreement, included as **Exhibit 4**.

*Item 6: Any final judgment or notice of dismissal. 28 U.S.C. § 1715(b)(6).*

No final judgment or notice of dismissal has been entered.

*Item 7: Either (i) the names of class members who reside in each State and estimated proportionate share of such members to the entire settlement; or (ii) if not feasible, a reasonable estimate of the number of class members residing in each State and estimated proportionate share of such members to the entire settlement. 28 U.S.C. § 1715(a)(7)(A)-(B).*

As of the drafting of this letter, the list of class members is not yet available.

*Item 8: Any written judicial opinions relating to subparagraphs (3) through (6) under § 1715. 28 U.S.C. § (b)(8).*

On August 18, 2023, the Court entered an Order denying motions to compel arbitration and motions to dismiss based on failure to state a claim and for lack of subject matter jurisdiction. This Order is included as **Exhibit 7**. The related Motions are included as **Exhibits 8-11**.

\*\*\*

July 26, 2024
Page 4

The following table provides an index of the materials on the enclosed CD.

| | Description |
|---|---|
| 1. | Exhibit 01: Complaint |
| 2. | Exhibits 02: Amended Complaint w/ Exhibits |
| 3. | Exhibits 03: - Second Amended Complaint w/ Exhibits |
| 4. | Exhibit 04: Stipulation and Agreement of Settlement |
| 5. | Exhibit 05: Motion for Preliminary Approval |
| 6. | Exhibit 06: Memorandum in Support of Preliminary Approval |
| 7. | Exhibit 07: Order Denying Dismissal and Individual Arbitration |
| 8. | Exhibit 08: Motion to Compel Individual Arbitration |
| 9. | Exhibit 09: Motion to Dismiss |
| 10. | Exhibit 10: Motion to Compel Individual Arbitration and for Dismissal |
| 11. | Exhibit 11: Motion for Dismissal for Failure to State Claim |

Sincerely,

Mark Unkefer
Case Consultant
American Legal Claim Services, LLC

Providing Notification as Settlement Administrator on
Behalf of Defendants.

Enclosures (CD)

Fitzgerald v Wildcat
CAFA NOTICE SERVICE LIST

| Name | Department | Address | City | State | Zip | Service Method |
|---|---|---|---|---|---|---|
| ATTORNEY GENERAL OF ALABAMA | CLASS ACTION FAIRNESS ACT NOTICES | 501 WASHINGTON AVENUE | MONTGOMERY | AL | 36104 | Certified Mail |
| ATTORNEY GENERAL OF ALASKA | CLASS ACTION FAIRNESS ACT NOTICES | 1031 W 4TH AVENUE STE 200 | ANCHORAGE | AK | 99501-1994 | Certified Mail |
| ATTORNEY GENERAL OF AMERICAN SAMOA | CLASS ACTION FAIRNESS ACT NOTICES | AMERICAN SAMOA GOVT EXEC OFC BLDG | Pago Pago | AS | 96799 | Certified Mail |
| ATTORNEY GENERAL OF ARIZONA | CLASS ACTION FAIRNESS ACT NOTICES | 2005 N CENTRAL AVE | PHOENIX | AZ | 85004-1592 | Certified Mail |
| ATTORNEY GENERAL OF ARKANSAS | CLASS ACTION FAIRNESS ACT NOTICES | 323 CENTER ST STE 200 | LITTLE ROCK | AR | 72201-2610 | Certified Mail |
| ATTORNEY GENERAL OF CALIFORNIA | CLASS ACTION FAIRNESS ACT NOTICES | 455 GOLDEN GATE AVENUE #11000 | SAN FRANCISCO | CA | 94102 | Certified Mail |
| ATTORNEY GENERAL OF COLORADO | CLASS ACTION FAIRNESS ACT NOTICES | RALPH L. CARR COLORADO JUDICIAL CENTER, 1300 N BROADWAY FLOOR 10 | DENVER | CO | 80203-2104 | Certified Mail |
| ATTORNEY GENERAL OF CONNECTICUT | CLASS ACTION FAIRNESS ACT NOTICES | 165 CAPITOL AVE | HARTFORD | CT | 06106-1659 | Certified Mail |
| ATTORNEY GENERAL OF DC | CLASS ACTION FAIRNESS ACT NOTICES | 400 6TH ST NW 10TH FL | WASHINGTON | DC | 20001 | Certified Mail |
| ATTORNEY GENERAL OF DELAWARE | CLASS ACTION FAIRNESS ACT NOTICES | CARVEL ST OFFICE BLDG 820 N FRENCH ST | WILMINGTON | DE | 19801 | Certified Mail |
| ATTORNEY GENERAL OF FLORIDA | CLASS ACTION FAIRNESS ACT NOTICES | THE CAPITAL PL 01 | TALLAHASSEE | FL | 32399-1050 | Certified Mail |
| ATTORNEY GENERAL OF GEORGIA | CLASS ACTION FAIRNESS ACT NOTICES | 40 CAPITOL SQUARE SW | ATLANTA | GA | 30334-1300 | Certified Mail |
| ATTORNEY GENERAL OF GUAM | CLASS ACTION FAIRNESS ACT NOTICES | 590 S. MARINE CORPS DR STE. 706 | TAMUNING | GU | 96913-3537 | Certified Mail |
| ATTORNEY GENERAL OF HAWAII | CLASS ACTION FAIRNESS ACT NOTICES | 425 QUEEN ST | HONOLULU | HI | 96813-2903 | Certified Mail |
| ATTORNEY GENERAL OF IDAHO | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 83720 | BOISE | ID | 83720-0010 | Certified Mail |
| ATTORNEY GENERAL OF ILLINOIS | CLASS ACTION FAIRNESS ACT NOTICES | JAMES R THOMPSON CTR 100 W RANDOLPH ST | CHICAGO | IL | 60601 | Certified Mail |
| ATTORNEY GENERAL OF INDIANA | CLASS ACTION FAIRNESS ACT NOTICES | INDIANA GOVERNMENT CENTER SOUTH, 302 W WASHINGTON STREET, 5TH FL | INDIANAPOLIS | IN | 46204 | Certified Mail |
| ATTORNEY GENERAL OF IOWA | CLASS ACTION FAIRNESS ACT NOTICES | 1305 E WALNUT ST HOOVER ST OFFICE BLDG | DES MOINES | IA | 50319 | Certified Mail |
| ATTORNEY GENERAL OF KANSAS | CLASS ACTION FAIRNESS ACT NOTICES | 120 SW 10TH AVE FL 2ND | TOPEKA | KS | 66612-1597 | Certified Mail |
| ATTORNEY GENERAL OF KENTUCKY | CLASS ACTION FAIRNESS ACT NOTICES | 700 Capital AVE | FRANKFORT | KY | 40601-3410 | Certified Mail |
| ATTORNEY GENERAL OF LOUISIANA | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 94095 | BATON ROUGE | LA | 70804-9095 | Certified Mail |
| ATTORNEY GENERAL OF MAINE | CLASS ACTION FAIRNESS ACT NOTICES | STATE HOUSE STATION 6 | AUGUSTA | ME | 04333-0001 | Certified Mail |
| ATTORNEY GENERAL OF MASSACHUSETTS | CLASS ACTION FAIRNESS ACT NOTICES | 1 ASHBURTON PL FL 20 | BOSTON | MA | 02108-1518 | Certified Mail |
| ATTORNEY GENERAL OF MARYLAND | CLASS ACTION FAIRNESS ACT NOTICES | 200 Saint PAUL St Ste 1700 | BALTIMORE | MD | 21202-2029 | Certified Mail |
| ATTORNEY GENERAL OF MICHIGAN | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 30212 | LANSING | MI | 48909-7712 | Certified Mail |
| ATTORNEY GENERAL OF MINNESOTA | CLASS ACTION FAIRNESS ACT NOTICES | 445 Minnesota Street Suite 1400 | ST PAUL | MN | 55101-2131 | Certified Mail |
| ATTORNEY GENERAL OF MISSISSIPPI | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 220 | JACKSON | MS | 39205-0220 | Certified Mail |
| ATTORNEY GENERAL OF MISSOURI | CLASS ACTION FAIRNESS ACT NOTICES | SUPREME COURT BLDG 207 W HIGH ST PO BOX 899 | JEFFERSON CITY | MO | 65101 | Certified Mail |
| ATTORNEY GENERAL OF MONTANA | CLASS ACTION FAIRNESS ACT NOTICES | 215 N SANDERS ST | HELENA | MT | 59601-4522 | Certified Mail |
| ATTORNEY GENERAL OF N. M. I. | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 10007 | SAIPAN | MP | 96950-8907 | Certified Mail |
| ATTORNEY GENERAL OF NEBRASKA | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 98920 | LINCOLN | NE | 68509 | Certified Mail |
| ATTORNEY GENERAL OF NEVADA | CLASS ACTION FAIRNESS ACT NOTICES | 100 N CARSON ST OLD SUPREME CT BLDG | CARSON CITY | NV | 89701 | Email |
| ATTORNEY GENERAL OF NEW HAMPSHIRE | CLASS ACTION FAIRNESS ACT NOTICES | 33 CAPITOL STREET | CONCORD | NH | 03301-6310 | Certified Mail |
| ATTORNEY GENERAL OF NEW JERSEY | CLASS ACTION FAIRNESS ACT NOTICES | 25 MARKET ST | TRENTON | NJ | 08611-2148 | Certified Mail |
| ATTORNEY GENERAL OF NEW MEXICO | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 1508 | SANTA FE | NM | 87504-1508 | Certified Mail |
| ATTORNEY GENERAL OF NEW YORK | CLASS ACTION FAIRNESS ACT NOTICES | LITIGATION BUREAU JUSTICE BLDG 2ND FL | ALBANY | NY | 12224 | Certified Mail |
| ATTORNEY GENERAL OF NORTH CAROLINA | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 629 | RALEIGH | NC | 27602-0629 | Certified Mail |
| ATTORNEY GENERAL OF NORTH DAKOTA | CLASS ACTION FAIRNESS ACT NOTICES | STATE CAPITOL 600 E BLVD AVE | BISMARCK | ND | 58505 | Certified Mail |
| ATTORNEY GENERAL OF OHIO | CLASS ACTION FAIRNESS ACT NOTICES | 30 E BROAD ST FL 14TH | COLUMBUS | OH | 43215-3414 | Certified Mail |
| ATTORNEY GENERAL OF OKLAHOMA | CLASS ACTION FAIRNESS ACT NOTICES | 313 NE 21ST STREET | OKLAHOMA CITY | OK | 73105-3207 | Certified Mail |
| ATTORNEY GENERAL OF OREGON | CLASS ACTION FAIRNESS ACT NOTICES | JUSTICE BLDG 1162 COURT ST NE | SALEM | OR | 97301 | Certified Mail |
| ATTORNEY GENERAL OF PENNSYLVANIA | CLASS ACTION FAIRNESS ACT NOTICES | STRAWBERRY SQUARE 16TH FL | HARRISBURG | PA | 17120-0001 | Certified Mail |
| ATTORNEY GENERAL OF PUERTO RICO | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 9020192 | SAN JUAN | PR | 00902-0192 | Certified Mail |
| ATTORNEY GENERAL OF RHODE ISLAND | CLASS ACTION FAIRNESS ACT NOTICES | 4 HOWARD AVE | CRANSTON | RI | 02920-3031 | Certified Mail |
| ATTORNEY GENERAL OF SOUTH CAROLINA | CLASS ACTION FAIRNESS ACT NOTICES | 1000 ASSEMBLY ST STE 510 | COLUMBIA | SC | 29201-3117 | Certified Mail |
| ATTORNEY GENERAL OF SOUTH DAKOTA | CLASS ACTION FAIRNESS ACT NOTICES | 1302 EAST HWY 14 STE 1 | PIERRE | SD | 57501-8501 | Certified Mail |
| ATTORNEY GENERAL OF TENNESSEE | CLASS ACTION FAIRNESS ACT NOTICES | 500 DR MARTIN LUTHER KING BLVD | NASHVILLE | TN | 37243-0001 | Certified Mail |
| ATTORNEY GENERAL OF TEXAS | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 12548 | AUSTIN | TX | 78711-2548 | Certified Mail |
| ATTORNEY GENERAL OF UNITED STATES | CLASS ACTION FAIRNESS ACT NOTICES | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | Certified Mail |
| ATTORNEY GENERAL OF US VIRGIN ISLAN | CLASS ACTION FAIRNESS ACT NOTICES | 3438 KRONPRINDSENS GADE Ste 2ND | ST THOMAS | VI | 00802-5751 | Certified Mail |
| ATTORNEY GENERAL OF UTAH | CLASS ACTION FAIRNESS ACT NOTICES | 350 N State St STE 230 | SALT LAKE CITY | UT | 84114-0002 | Certified Mail |
| ATTORNEY GENERAL OF VERMONT | CLASS ACTION FAIRNESS ACT NOTICES | 109 State St | MONTPELIER | VT | 05609-1001 | Certified Mail |
| ATTORNEY GENERAL OF VIRGINIA | CLASS ACTION FAIRNESS ACT NOTICES | 202 NORTH NINTH STREET | RICHMOND | VA | 23219-3424 | Certified Mail |
| ATTORNEY GENERAL OF WASHINGTON | CLASS ACTION FAIRNESS ACT NOTICES | 800 5TH AVE STE 2000 | SEATTLE | WA | 98104-3188 | Certified Mail |
| ATTORNEY GENERAL OF WEST VIRGINIA | CLASS ACTION FAIRNESS ACT NOTICES | STATE CAPITOL COMPLEX, BLDG. 1, RM E-26, 1900 KANAWHA BLVD E | CHARLESTON | WV | 25305 | Certified Mail |
| ATTORNEY GENERAL OF WISCONSIN | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 7857 | MADISON | WI | 53707-7857 | Certified Mail |
| ATTORNEY GENERAL OF WYOMING | CLASS ACTION FAIRNESS ACT NOTICES | STATE CAPITOL BLDG | CHEYENNE | WY | 82002-0001 | Certified Mail |

Exhibit B

# If You Obtained a Loan from
# Lendgreen, LendUMo, Zfunds, Makwa Financial, Brightstar Cash, National Small Loan, Bear Claw Lending, Sky Trail Cash, Loan at Last, Nine Torches, Bridge Lending Solutions, Lakeshore Loans, UbiCash, Cash Aisle, MitigCapital, Avail Blue, Evergreen Services, Blue River Lending, Quick Help Loans (Greenline), or Radiant Cash,

# You Could Get Loan Forgiveness and a Cash Payment from a Settlement.

*A federal court ordered this notice. This is not a solicitation from a lawyer.*

- Read this Notice. It states your rights and provides you with information regarding a proposed nationwide Class Action settlement ("Settlement") against a number of individuals and entities involved in the making and collecting of online loans originated by the 20 lending entities, listed above, associated with the Lac de Flambeau Band of Lake Superior Chippewa Indians (the "Tribe"), which are referred to here as the LDF Lending Companies. The settling parties listed below are known here as the Released Parties.

- This Notice is a summary of information about the Settlement and explains your legal rights and options because you are a member of the class of borrowers who will be affected if the Settlement is approved by the Court. The complete terms of the proposed Settlement are available at the Settlement website, www.consumerloansettlement.com. You may also contact Class Counsel for further details and advice.

- A lawsuit was brought on behalf of all individuals who obtained a loan from any of the LDF Lending Companies against officials of the Tribe ("Tribal Officials"), entities, and individuals alleged to be involved in the Companies' operations. The lawsuit claimed that the disputed loans were made at annual interest rates greater than what is permitted by state law, or the lenders did not have a license to lend when one was required, allegedly making the loans illegal, deceptive, or unfair under various state and federal laws. The defendants and other Released Parties denied all allegations in this lawsuit.

- As part of the proposed Settlement, all loans issued by the LDF Lending Companies between July 24, 2016, and October 1, 2023, will be cancelled if still unpaid, totaling approximately $1.4 billion in cancelled debt. Class members who do not exclude themselves from the Settlement will also receive automatic cash payments from a $37,350,000.00 ($37.35 million) fund based on applicable state laws and the amounts paid on their loans, as well as other benefits outlined below.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | You will remain a member of the Settlement Class and may be eligible for benefits, including debt cancellation. You will give up rights to ever sue the Released Parties about the legal claims that are in the lawsuits. |
| **EXCLUDE YOURSELF** | You can opt out of the Settlement, and you will not be eligible for any benefits, including any cash payments. This is the only option that allows you to keep any rights you have to bring, or to become part of, another lawsuit involving the claims being settled. There is no guarantee that another lawsuit would be successful or would lead to a larger or better recovery than this Settlement. |
| **OBJECT TO THE SETTLEMENT** | If you do not exclude yourself, you may write to the Court about why you don't like the Settlement or why the Court should not approve it. |

## 1. WHY IS THERE A NOTICE?

This Notice is about a proposed nationwide Settlement that will be considered by the United States District Court in Charlottesville, Virginia (the "Court"). The Settlement must be approved by the Court.

The Plaintiffs' claims are being settled in the United States District Court for the Western District of Virginia in the case styled, *Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al.*, No. 3:20-cv-00044.

## 2. WHAT IS THIS LAWSUIT ABOUT?

The claims involved in the Settlement arise out of loans made in the name of the LDF Lending Companies, which are owned by the Tribe.

The Plaintiffs in this case claim that the individuals and entities behind the LDF Lending Companies, including the Tribal Officials and other non-tribal participants, violated federal and various state laws by making and collecting loans with annual interest rates in excess of the amount allowed by state laws. Plaintiffs sought to prevent the Tribal Officials and others from collecting on these loans and also pursued monetary damages.

The Tribal Officials and other Released Parties vigorously deny any wrongdoing. They assert that the loans are legal because the rates and terms were authorized under the laws of the Tribe that owns and operates the LDF Lending Companies, and because the borrowers each explicitly agreed that tribal law governed the loan(s). The Released Parties also defend the consumers' claims on a number of additional grounds, including that the loans' rates and terms were fully disclosed, that the loans benefitted the consumers, that officials of the Tribe are immune from suit, and that consumers agreed to arbitrate any disputes.

Important case documents may be accessed at the Settlement website, www.consumerloansettlement.com.

## 3. WHY IS THIS A CLASS ACTION?

In a class action or proceeding, one or more people, called class representatives, bring an action on behalf of people who have similar claims. All the people who have claims similar to the class representatives are a class or class members, except for those who exclude themselves from the class. Here, the Plaintiffs have filed a lawsuit on behalf of the Class against officials of the Tribe and other individuals and entities who were involved in the lending enterprise.

## 4. HOW DO I KNOW IF I AM INCLUDED IN THE SETTLEMENT?

You are a member of the Settlement Class and would be affected by the Settlement if you entered into a loan from any of the LDF Lending Companies between July 24, 2016, and October 1, 2023.

If you received this Notice, we believe you are a member of the Settlement Class, and you will be a Settlement Class Member unless you exclude yourself.

## 5. WHAT DOES THE SETTLEMENT PROVIDE?

The Released Parties have agreed to provide the following benefits and others more fully described at the Settlement website, www.consumerloansettlement.com:

**Monetary Consideration:** A $37,350,000.00 ($37.35 million) fund will be created from contributions by the Released Parties to provide cash payments to Class Members after paying any service awards to the named Plaintiffs, attorneys' fees, and the costs of providing notice to the class members and administering the Settlement. If the Court approves the Settlement, and if you are entitled to any payment, a check for your portion will be automatically mailed to you.

The amount of your check will depend on what you paid in principal and/or what you paid in interest above your state's legal limits, as well as the amount of money available in the settlement fund. The list of the rates by state used in the Settlement is available at the Settlement website, www.consumerloansettlement.com. You will receive only a proportionate share of the recovery (because the total in settlement funds available likely will not be enough to pay everyone for the full amount paid on their loan). You may also go to the website to determine if you would receive a payment, and you can contact the Administrator, using the contact information below, to get an estimate of the amount you likely would receive if the Settlement is approved.

The Settlement Administrator will mail the check to the same address as this Notice, so please update your address if you move.

Payments are based on the laws of your state of residence at the time you took out the covered loan. You will **not** receive a cash payment, but will receive the other benefits, if you:

- Did not make any payments on your loan with the LDF Lending Companies; or
- Lived in Arizona, Colorado, Connecticut, Idaho, Illinois, Indiana, Kansas, Kentucky, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, North Carolina, Ohio, South Dakota, Vermont, and Virginia, and did not make payments above the principal of your loan; or
- Lived in Alabama, Alaska, California, Delaware, Florida, Georgia, Hawaii, Iowa, Louisiana, Maine, Maryland, Michigan, Mississippi, Missouri, Nebraska, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Washington, Washington D.C., or Wyoming and did not pay interest above your state's legal limits; or
- Lived in Utah or Nevada, which have no interest rate restrictions.

**Debt Cancellation:**   Any covered loan that still has an outstanding balance will be cancelled, so you will not owe any more money on this debt. This will result in the cancellation of approximately $1.4 billion in debt across all class members. You will not receive a 1099 for the cancellation of this debt. The Tribal Officials have also agreed not to sell, transfer or assign any of the loans covered by the Settlement to any third party.

**Request to Delete Credit Reporting:**   Tribal Officials will request that any tradelines for loans made during the class period be deleted from the various consumer reporting agencies.

**Other Benefits**: Tribal Officials will agree not to sell or transfer for commercial purposes your personal identifying information obtained between July 24, 2016 and October 1, 2023.

| | |
|---|---|
| **6.** | **WHAT DO I HAVE TO DO TO RECEIVE THE BENEFITS OF THE SETTLEMENT?** |

Nothing. If the Court approves the Settlement, the benefits described above will happen automatically. The Settlement Administrator will send an email after Final Approval to update you on what happened at the hearing. You can also check the website for an update or contact the Settlement Administrator or Class Counsel if you have additional questions.

| | |
|---|---|
| **7.** | **WHAT AM I GIVING UP TO GET A BENEFIT AND STAY IN THE SETTLEMENT CLASS?** |

Unless you exclude yourself, you are a member of the Settlement Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Released Parties concerning the claims relating to your covered loan(s). This means that you will not be able to pursue or recover any additional money from the Released Parties beyond the benefits of this Settlement. The Released Parties include: Joseph Wildcat, Sr., Nicole Chapman-Reynolds, Jessi Phillips Lorenzo, John Johnson, George Thompson, Jaime Ann Allen, Jeffrey Bauman, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Gobb, William Graveen, Sarah Pyawasit, William Stone, Sr., Jared Poupart, Paula Poupart, Patricia Zimmerman, Lyle Chapman, Ray Allen, William Cheney Pruett, Skytrail Servicing Group, LLC, the LDF Lending Companies, the Tribe, the Big Valley Band of Pomo Indians and their tribal officials and related entities, and non-tribal individuals and entities involved with or associated in any way with Niibin d/b/a Cash Aisle, Niizhwaasi d/b/a Loan at Last, Ningodwaaswi d/b/a Sky Trail Cash, Waawaatesi d/b/a Quick Help Loans (Greenline) and Giizis d/b/a Lakeshore Loans.

Staying in the Class also means that any Court orders pertaining to this Settlement will apply to you and legally bind you. The complete Release and list of Released Parties can be found in the Settlement Agreement, which is available on the Settlement website at www.consumerloansettlement.com

**8.  HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?**

To be excluded from this Settlement, you must send an "Exclusion Request" by mail.  You may download a form to use from the Settlement website or you may send your own letter which must include:

- Your name, address, and telephone number,
- Last four digits of your social security number, or the name of and your account number with the relevant LDF Lending Company,
- A statement that you want to be excluded: "I request to be excluded from the class settlement in this case," and
- Your Signature.

Your Exclusion Request must be **postmarked** no later than October 29, 2024, to:

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

You may not make an Exclusion Request for any other Settlement Class Member from the Settlement Class.

**9.  HOW DO I TELL THE COURT THAT I OBJECT TO AND DO NOT LIKE THE SETTLEMENT?**

Objecting to the Settlement is different than excluding yourself from the Settlement.

If you are a Settlement Class Member and you do not exclude yourself from the Settlement, you can object to the Settlement if you think the Settlement is not fair, reasonable, or adequate, and that the Court should not approve the Settlement.  You also have the right to appear personally and be heard by the Court.  The Court and Class Counsel will consider your views carefully.

To object, you must send a letter stating your views to each of the parties listed below:

| **COURT** | **SETTLEMENT ADMINISTRATOR** |
|---|---|
| Clerk of the Court | Fitzgerald Settlement |
| United States District Court | c/o Settlement Administrator |
| Western District of Virginia | P.O. Box 23698 |
| 255 W. Main Street | Jacksonville, FL 32241 |
| Charlottesville, VA 22902 | |

You should include the docket number on the front of the envelope and letter you file to the Court: "WDVA USDC Case No. 3:20-cv-00044".

All objections must be writing and include:
- Your name, address, telephone number and e-mail address,
- Your account number (if you know it) with the lender,
- A sentence confirming that you are a Settlement Class Member,
- Factual basis and legal grounds for the objection to the Settlement, and
- A list of any prior cases in which you or your counsel have objected to a class settlement. Counsel representing an objecting Settlement Class Member must enter an appearance in these cases.  If you want to appear personally at the hearings, you must state that in your Objection.

**Objections must be filed with the above Court no later than October 29, 2024 and served on the above parties so that they are postmarked no later than October 29, 2024.**

**10.  WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?**

The Court will hold a hearing to decide whether to approve the Settlement.

The Western District of Virginia will hold a final hearing on the fairness of the Settlement on December 13, 2024 at 2:30 p.m. via Zoom. Anyone wishing to attend the Final Fairness Hearing may access the Zoom through https://www.zoomgov.com/j/1611574077, Meeting ID: 161 157 4077, Passcode: 352705. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.

If there are objections or comments, the Court will consider them at that time. The hearing may be moved to a different date or time without additional notice. Please check www.consumerloansettlement.com to be kept up to date on the date, time, and location of the hearing.

## 11. DO I HAVE TO COME TO THE HEARING?

No. But you are welcome to come at your own expense. As long as you mailed your written objection on time, the Court will consider it. You may also retain a lawyer to appear on your behalf at your own expense.

## 12. DO I HAVE A LAWYER IN THE CASE?

Yes. The Court has appointed the following law firms as Class Counsel to represent you and all other members of the Settlement Class:

Kristi C. Kelly, Andrew J. Guzzo, Casey Nash, and Matthew G. Rosendahl
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

These lawyers will not separately charge you for their work on the case. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 13. HOW WILL THE LAWYERS BE PAID?

Class Counsel are permitted to ask the Court for an award of attorneys' fees not to exceed one third of the monetary consideration under the Settlement. The amounts awarded by the Court will reduce the distributions to Class Members.

Class Counsel will ask the Court to approve a $15,000 payment to each of the eight individual Plaintiffs. The Plaintiffs made substantial contributions in the prosecution of these lawsuits for the benefit of the Class. The Court will ultimately decide how much the individual Plaintiffs will be paid.

## 14. HOW DO I GET MORE INFORMATION?

This Notice summarizes the proposed Settlement. You can get a copy of the Settlement Agreement and other relevant case-related documents by visiting www.consumerloansettlement.com, by contacting the Settlement Administrator at 800-348-2540 or info@consumerloansettlement.com, or by contacting Class Counsel at 804-415-8848 or questions@kellyguzzo.com.

**PLEASE DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO THE CLERK OF THE COURT, THE JUDGES, THE DEFENDANTS OR THE DEFENDANTS' COUNSEL. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

Exhibit C

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF VIRGINIA*
Case No. 3:20-cv-00044(NKM)

## EXCLUSION REQUEST FORM
**Must be postmarked by XXXX**

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **XXXX** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
|---|
|   I request to be excluded from the Class Settlement in *Fitzgerald v. Wildcat, Sr.*, Case No. 3:20-cv-00044 *(W.D. Va.)* |

| Section II: Contact Information | |
|---|---|
| Full Name: | Terra Dannison |
| Current Address: | 2153 Winterset Drive |
| | Lakeland Fl 33813 |
| | |
| Phone Number: | 863-602-5909 |
| Last Four Digits of SSN : | 9648 |
| Loan Number(s): | Partial Account Number: XX4340 |

| Section III: Signature | |
|---|---|
| Signature: | *Terra Dannison* |
| Date: | 2024-08-15 |

770
FITZGERALD v WILDCAT

EXCLUSION 400001

Exclusion Request Forms must be mailed to:

LDFSettlement
c/o Settlement Administrator
P.O. Box XXXX
City, State XXXXX

SEP 09 2024



$9.640
US POSTAGE
FIRST-CLASS
0625001050069
FROM 33607

TAMPA FL 335
6 SEP 2024 PM 7 L

7021 0350 0002 2688 1579

SEP 09 2024

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 36698
Jacksonville, FL 32241

32241-369898

Terra Damison
2153 Winterset Dr.
Lakeland, FL 3383

SEP 09 2024

Hello I don't want
anything to do with
this, so excluded
me from all of this.
Please dont bother
me again.

Debbie Hubble
5419 Bay Harbor Dr
Indianapolis, Ind
46254

no phone number
or
Social I will give

Debie Hubble

770
FITZGERALD v WILDCAT
EXCLUSION 400002

The amount of your check will depend on what you paid in principal and/or what you paid in interest above your state's legal limits, as well as the amount of money available in the settlement fund. The list of the rates by state used in the Settlement is available at the Settlement website, www.consumerloansettlement.com. You will receive only a proportionate share of the recovery (because the total in settlement funds available likely will not be enough to pay everyone for the full amount paid on their loan). You may also go to the website to determine if you would receive a payment, and you can contact the Administrator, using the contact information below, to get an estimate of the amount you likely would receive if the Settlement is approved.

The Settlement Administrator will mail the check to the same address as this Notice, so please update your address if you move.

Payments are based on the laws of your state of residence at the time you took out the covered loan. You will **not** receive a cash payment, but will receive the other benefits, if you:

- Did not make any payments on your loan with the LDF Lending Companies; or
- Lived in Arizona, Colorado, Connecticut, Idaho, Illinois, Indiana, Kansas, Kentucky, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, North Carolina, Ohio, South Dakota, Vermont, and Virginia, and did not make payments above the principal of your loan; or
- Lived in Alabama, Alaska, California, Delaware, Florida, Georgia, Hawaii, Iowa, Louisiana, Maine, Maryland, Michigan, Mississippi, Missouri, Nebraska, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Washington, Washington D.C., or Wyoming and did not pay interest above your state's legal limits; or
- Lived in Utah or Nevada, which have no interest rate restrictions.

**Debt Cancellation:** Any covered loan that still has an outstanding balance will be cancelled, so you will not owe any more money on this debt. This will result in the cancellation of approximately $1.4 billion in debt across all class members. You will not receive a 1099 for the cancellation of this debt. The Tribal Officials have also agreed not to sell, transfer or assign any of the loans covered by the Settlement to any third party.

**Request to Delete Credit Reporting:** Tribal Officials will request that any tradelines for loans made during the class period be deleted from the various consumer reporting agencies.

**Other Benefits**: Tribal Officials will agree not to sell or transfer for commercial purposes your personal identifying information obtained between July 24, 2016 and October 1, 2023.

### 6.  WHAT DO I HAVE TO DO TO RECEIVE THE BENEFITS OF THE SETTLEMENT?

Nothing. If the Court approves the Settlement, the benefits described above will happen automatically. The Settlement Administrator will send an email after Final Approval to update you on what happened at the hearing. You can also check the website for an update or contact the Settlement Administrator or Class Counsel if you have additional questions.

### 7.  WHAT AM I GIVING UP TO GET A BENEFIT AND STAY IN THE SETTLEMENT CLASS?

Unless you exclude yourself, you are a member of the Settlement Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Released Parties concerning the claims relating to your covered loan(s). This means that you will not be able to pursue or recover any additional money from the Released Parties beyond the benefits of this Settlement. The Released Parties include: Joseph Wildcat, Sr., Nicole Chapman-Reynolds, Jessi Phillips Lorenzo, John Johnson, George Thompson, Jaime Ann Allen, Jeffrey Bauman, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Gobb, William Graveen, Sarah Pyawasit, William Stone, Sr., Jared Poupart, Paula Poupart, Patricia Zimmerman, Lyle Chapman, Ray Allen, William Cheney Pruett, Skytrail Servicing Group, LLC, the LDF Lending Companies, the Tribe, the Big Valley Band of Pomo Indians and their tribal officials and related entities, and non-tribal individuals and entities involved with or associated in any way with Niibin d/b/a Cash Aisle, Niizhwaasi d/b/a Loan at Last, Ningodwaaswi d/b/a Sky Trail Cash, Waawaatesi d/b/a Quick Help Loans (Greenline) and Giizis d/b/a Lakeshore Loans.

Staying in the Class also means that any Court orders pertaining to this Settlement will apply to you and legally bind you. The complete Release and list of Released Parties can be found in the Settlement Agreement, which is available on the Settlement website at www.consumerloansettlement.com

## 8.  HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

To be excluded from this Settlement, you must send an "Exclusion Request" by mail.  You may download a form to use from the Settlement website or you may send your own letter which must include:

- Your name, address, and telephone number,
- Last four digits of your social security number, or the name of and your account number with the relevant LDF Lending Company,
- A statement that you want to be excluded: "I request to be excluded from the class settlement in this case," and
- Your Signature.

Your Exclusion Request must be **postmarked** no later than October 29, 2024, to:

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

You may not make an Exclusion Request for any other Settlement Class Member from the Settlement Class.

## 9.  HOW DO I TELL THE COURT THAT I OBJECT TO AND DO NOT LIKE THE SETTLEMENT?

Objecting to the Settlement is different than excluding yourself from the Settlement.

If you are a Settlement Class Member and you do not exclude yourself from the Settlement, you can object to the Settlement if you think the Settlement is not fair, reasonable, or adequate, and that the Court should not approve the Settlement.  You also have the right to appear personally and be heard by the Court.  The Court and Class Counsel will consider your views carefully.

To object, you must send a letter stating your views to each of the parties listed below:



**COURT**
Clerk of the Court
United States District Court
Western District of Virginia
255 W. Main Street
Charlottesville, VA 22902

**SETTLEMENT ADMINISTRATOR**
Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

You should include the docket number on the front of the envelope and letter you file to the Court: "WDVA USDC Case No. 3:20-cv-00044".

All objections must be writing and include:
- Your name, address, telephone number and e-mail address,
- Your account number (if you know it) with the lender,
- A sentence confirming that you are a Settlement Class Member,
- Factual basis and legal grounds for the objection to the Settlement, and
- A list of any prior cases in which you or your counsel have objected to a class settlement. Counsel representing an objecting Settlement Class Member must enter an appearance in these cases.  If you want to appear personally at the hearings, you must state that in your Objection.

**Objections must be filed with the above Court no later than October 29, 2024 and served on the above parties so that they are postmarked no later than October 29, 2024.**

## 10.  WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court will hold a hearing to decide whether to approve the Settlement.

5419 BAY HARBOR DR
INDIANAPOLIS, IN
46254

SEP 09 2024

INDIANAPOLIS IN    460
5 SEP 2024    PM 6    L



Fitz Gerald V WILDEON (770)
c/o American Legal Claim Services,
PO Box 23650
Jacksonville, Fl    32241-3650

32241-3650

**POSTAL SERVICE: Please Do Not Mark Barcode**



62910-FC-037930

Notice ID: 29037951
PIN: 118 922 161

MARIE FENLEY
PO BOX 602
OAK VIEW, CA 93022-0602          ← *correct address*

464 * 112582

SSS..... 4663
Phone # 805-218-2540

*I am excluding (Marie E. Fenley) From this settlement.*
*Marie E. Fenley*

**8.   HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?**

To be excluded from this Settlement, you must send an "Exclusion Request" by mail.  You may download a form to use from the Settlement website or you may send your own letter which must include:

- Your name, address, and telephone number,
- Last four digits of your social security number, or the name of and your account number with the relevant LDF Lending Company,
- A statement that you want to be excluded: "I request to be excluded from the class settlement in this case," and
- Your Signature.

*Marie E. Fenley*

Your Exclusion Request must be **postmarked** no later than October 29, 2024, to:

SEP 09 2024

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

770
FITZGERALD v WILDCAT

EXCLUSION 400003

t for any other Settlement Class Member from the Settlement Class.

Marie Fenley
P.O Box 602
Oakview, CA.
93022

SANTA BARBARA CA    931
4 SEP 2024    PM 3    L

SEP 09 2024

32241-369898

Fitzgerald Settlement
c/o Settlement Administrator
P.O Box 23698
Jacksonville, FL. 32241

*UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
|---|
| [X]  I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| Section II: Contact Information | |
|---|---|
| Full Name: | Kelly Lim |
| Current Address: | 1631 Poplar Street |
| | Humboldt, TN |
| | 38343-2562 |
| Phone Number: | 731-273-6121 |
| Last Four Digits of SSN: | 3571 |

| Section III: Signature | |
|---|---|
| Signature: | Kelly Lim, Attorney Pro Se 99500 |
| Date: | September 6, 2024 |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL  32241

Administrator Use Only – Do Not Write Below This Line

770        770        Received Date        Postmark Date

FITZGERALD v WILDCAT

EXCLUSION 400004

SEP 10 2024







Post Re
Post
Post Re

Ready P
ost Read
dyPost

ost Read

32241-369898



Kelly Lim
1631 Poplar St.
Humboldt, TN 38343-2562

2024 NATIONAL LAW ENFORCEMENT OFFICERS MEMORIAL SUPPORTER



MEMPHIS TN 380    6 SEP 2024    PM 2    L

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville FL 32141

SEP 10 2024



Kelly Lim
1631 Poplar St.
Humboldt, TN   38343-2562

2024 NATIONAL LAW ENFORCEMENT OFFICERS MEMORIAL SUPPORTER

11/4/24

Lucrezia Howard

262 Crows Mill Rd. Keasbey NJ 08832 Apt 2

1364

"I request to be excluded from the class settlement in this case," and

Lucrezia Howard

770
FITZGERALD v WILDCAT

EXCLUSION 400005

RECEIVED
SEP 10 2024



DV DANIELS NJ 070 *Thinking of...*

5 SEP 2024 PM 2 L

SEP 10 2024

Lucrezia Howard
262 Crows Mill Rd
Keasbey NJ, 08832

Fitzgerald Settlement
C/o Settlement Administrator
P.o. Box 23698
Jacksonville, Fl 32241

32241-369898

*UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA* Case No. 3:20-cv-00044

## **EXCLUSION REQUEST FORM**

### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### **Section I: Exclusion**

[X] I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

### **Section II: Contact Information**

Full Name: _CYNTHIA A. ZEHR_

Current Address: _died: 12-17-2023_

Phone Number: _____ (928-474-4201 = POA)

Last Four Digits of SSN: _7709_

### **Section III: Signature**

Signature: _[signature]_ P.O.A.

Date: _9-9-2024_

---

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

770
FITZGERALD v WILDCAT
EXCLUSION 400006

Write Below This Line
Received Date          Postmark Date

SEP 16 2024

## If You Obtained a Loan from
# Lendgreen, LendUMo, Zfunds, Makwa Financial, Brightstar Cash, National Small Loan, Bear Claw Lending, Sky Trail Cash, Loan at Last, Nine Torches, Bridge Lending Solutions, Lakeshore Loans, UbiCash, Cash Aisle, MitigCapital, Avail Blue, Evergreen Services, Blue River Lending, Quick Help Loans (Greenline), or Radiant Cash,

## You Could Get Loan Forgiveness and a Cash Payment from a Settlement.

*A federal court ordered this notice. This is not a solicitation from a lawyer.*

- Read this Notice. It states your rights and provides you with information regarding a proposed nationwide Class Action settlement ("Settlement") against a number of individuals and entities involved in the making and collecting of online loans originated by the 20 lending entities, listed above, associated with the Lac de Flambeau Band of Lake Superior Chippewa Indians (the "Tribe"), which are referred to here as the LDF Lending Companies. The settling parties listed below are known here as the Released Parties.

- This Notice is a summary of information about the Settlement and explains your legal rights and options because you are a member of the class of borrowers who will be affected if the Settlement is approved by the Court. The complete terms of the proposed Settlement are available at the Settlement website, www.consumerloansettlement.com. You may also contact Class Counsel for further details and advice.

- A lawsuit was brought on behalf of all individuals who obtained a loan from any of the LDF Lending Companies against officials of the Tribe ("Tribal Officials"), entities, and individuals alleged to be involved in the Companies' operations. The lawsuit claimed that the disputed loans were made at annual interest rates greater than what is permitted by state law, or the lenders did not have a license to lend when one was required, allegedly making the loans illegal, deceptive, or unfair under various state and federal laws. The defendants and other Released Parties denied all allegations in this lawsuit.

- As part of the proposed Settlement, all loans issued by the LDF Lending Companies between July 24, 2016, and October 1, 2023, will be cancelled if still unpaid, totaling approximately $1.4 billion in cancelled debt. Class members who do not exclude themselves from the Settlement will also receive automatic cash payments from a $37,350,000.00 ($37.35 million) fund based on applicable state laws and the amounts paid on their loans, as well as other benefits outlined below.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | You will remain a member of the Settlement Class and may be eligible for benefits, including debt cancellation. You will give up rights to ever sue the Released Parties about the legal claims that are in the lawsuits. |
| **EXCLUDE YOURSELF** | You can opt out of the Settlement, and you will not be eligible for any benefits, including any cash payments. This is the only option that allows you to keep any rights you have to bring, or to become part of, another lawsuit involving the claims being settled. There is no guarantee that another lawsuit would be successful or would lead to a larger or better recovery than this Settlement. |
| **OBJECT TO THE SETTLEMENT** | If you do not exclude yourself, you may write to the Court about why you don't like the Settlement or why the Court should not approve it. |

POSTAL SERVICE: Please Do Not Mark Barcode



62910-FC-136300

CYNTHIA ZEHR
501 N CAREFREE CIR
PAYSON, AZ 85541-4002

412 * 99627

Notice ID: 29287771
PIN: 788 827 138



Mr. David Herbert
501 N. Carefree Cir.
Payson, AZ 85541



PHOENIX AZ 852

10 SEP 2024 PM 9 L

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
PO Box 2 3698
Jacksonville, FL. 32241

SEP 16 2024

32241-369858

UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA Case No. 3:20-cv-00044

## EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
|---|
| ☒ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| Section II: Contact Information |
|---|
| Full Name: *Aldah David Hebert* |
| Current Address: *1014 W 68th St* |
| *Los Angeles CA 90044* |
| Phone Number: *213·844·2025* |
| Last Four Digits of SSN: *1026* |

| Section III: Signature |
|---|
| Signature: *Aldah D Hebert* |
| Date: *9·5·24* |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

770


770
FITZGERALD v WILDCAT
EXCLUSION 400007

Not Write Below This Line

*Received Date*        *Postmark Date*

SEP 16 2024



LOS ANGELES CA  900

11 SEP 2024  PM 8

SEP 16 2024

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville FL 32241-3698

Aldah D Hebert
1014 W 68th St
Los Angeles Ca 900 44

UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement.  If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled.  If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
|---|
| ☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| Section II: Contact Information | |
|---|---|
| Full Name: | Marcus Forbes |
| Current Address: | 10037 Crested Fringe Dr. |
| | Riverview |
| | Fl 33578 |
| Phone Number: | 8136101094 |
| Last Four Digits of SSN: | 0438 |

| Section III: Signature | |
|---|---|
| Signature: | *Marcus Forbes* |
| Date: | 2024-09-09 |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL  32241

Administrator Use Only – Do Not Write Below This Line

770

770



FITZGERALD v WILDCAT

EXCLUSION 400008

Received Date    SEP 16 2024    Postmark Date



Marcus Forbes
12037 Crested Fringe Dr.
Riverview, FL 33678

CERTIFIED MAIL

7021 0350 0002 2688 1586

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23608
Jacksonville, FL 32241



B22302.05

$9.640
US POSTAGE
FIRST-CLASS
062S0G010S0069
FROM 33606

*UNITED STATES DISTRICT*
*COURT WESTERN DISTRICT OF*
*VIRGINIA* Case No. 3:20-cv-00044

## EXCLUSION REQUEST FORM
**Must be postmarked by October 29, 2024**



**THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

**Section I: Exclusion**

☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

---

**Section II: Contact Information**

Full Name: STEPHANIE ANN SLAUGHTER

Current Address: P.O. BOX 88555
SEATTLE, WA 98138

Phone Number: 971 350 9497

Last Four Digits of SSN: 4713

---

**Section III: Signature**

Signature: *[signature]*

Date: September 9, 2024

---

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Write Below This Line

Received Date SEP 17 2024    Postmark Date SEP 12 2024

770

770
FITZGERALD v WILDCAT
EXCLUSION 400009

American Legal Claims

SEATTLE WA 980

12 SEP 2024     PM 6     L

FREEDOM

SEP 17 2024

STEPHANIE SLAUGHTER
P.O. BOX 88555
SEATTLE, WA 98138

FITZGERALD V WILDCAT SETTLEMENT
C/O SETTLEMENT ADMINISTRATOR
P.O. BOX 23698
JACKSONVILLE FL 32241



Exculsion Request

9-4-2024

Im replying to your letter

Littel lake Funding        1,487.00
Makana  Financial          1,986.00

Michael K Timbrook
3750 N. Cascade Ave. B-37
Colorado Springs Co. 80907
#  6734
these loans were taken out
when I lived in Portland Or
                              97209

                    thank you
                    Michael K Timbrook

ID NO 29183900
RFN. W.  996 065 548

770
FITZGERALD v WILDCAT

EXCLUSION 400010

SEP 16 2024



DENVER CO 802

6 SEP 2024   PM 2   L

Settlement Administrator
Fitzgerald Settlement
P.O. Box 23689
Jacksonville, Fla.   32241

32241-358989

SEP 16 2024

Mr. Michael Timbrook
3750 N Cascade Ave Lot B37
Colorado Spgs. CO 80907

NOTICE ID
29163900
GEN. 896.067.548

770

FITZGERALD v WILDCAT

EXCLUSION 400011

770

9.4.24

To whom it may Concern

My Name is Deana M Palmieri and I have tried to reach out to Bridge Lending for a long time now By email and calling no response at all. I never had anything with is Company and all the Information is not related to me. The Banking, Address etc. I tried to let them Know it was fraud. But no one ever reported Back to me. My SSN / Pass words were Compromised on the internet. I didn't do Any lending loans whatsoever. Please remove exclude me from any Class settlement In This Case.

SEP 16 2024

notice ID 284 06828
Pin 735 940 681
Case # 3:20 - CV - 00044

Deana M Palmieri
4978 SW 32nd Terr
Dania bch, FL 33312
(954) 549 8426
SSN 9466 -
I never had any Acct
I request to be excluded
From this and any Settlement

*signature*

My Phone number was also
Compromised as well and I
was in Pittsburgh for
years came Back during
the Pandemic Due to
losing 5 family member
Dont want any Pitty But
This isnt my doing.
GOD Bless      Thank you.

Dawn M. Palmieri
4978 SW 28th Terr
Danioush FL
33313

32241-369898

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 33008
Jacksonville, FL 32241

SEP 16 2024

MIAMI FL 330
13 SEP 2024 PM 2 L



Kristen Boswell                                    Sept 14th, 2024
980 Canal View Blvd #J3
Port Orange, FL 32129
# 386.795.0579   Last 4- 2375


To whom it may concern —

I request to be excluded from this
class action settlement.


                              Thank you —
                              Kristen L Boswell

PS. I don't know my
account number w/Blue River
e-mail might be kristen.boswell@
                              hotmail.com

**770**
FITZGERALD v WILDCAT
EXCLUSION 400012

SEP 19 2024

POSTMARKED
SEP 18 2024
American Legal Claims

Kristen Boswell
980 Canal View Blvd
#23
Port Orange, FL 32129

ORLANDO FL 328
16 SEP 2024  PM 3  L



SEP 19 2024

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

32241-365898

To Whom it may concern,

Vicky G. Crump
106 Pineview Drive
Paris, Ky. 40361

Last four digits of S.S.#
2143

I request to be excluded from the settlement in this case.

Thank you,
Vicky G. Crump

**770**
**FITZGERALD v WILDCAT**
EXCLUSION 400013

SEP 23 2024

POSTMARKED

SEP 6 2024

American Legal Claims

Vicky Crump
106 Pineview Dr
Paris, KY 40361

SEP 23 2024

LOUISVILLE KY 400

18 SEP 2024 PM 2 L

32241-3658898

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, Fl 32241

UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
|---|
| ☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| Section II: Contact Information | |
|---|---|
| Full Name: | Elizabeth Larus |
| Current Address: | 9284 Northlake Pkwy |
| | Apt 107 |
| | Orlando FL 32827 |
| Phone Number: | 4075521658 |
| Last Four Digits of SSN: | 5522 |

| Section III: Signature | |
|---|---|
| Signature: | *Elizabeth Larus* |
| Date: | 2024-09-13 |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

---

Administrator Use Only – Do Not Write Below This Line

770

770
FITZGERALD v WILDCAT

EXCLUSION 400014

Received Date
SEP 23 2024

Postmark Date
POSTMARKED
SEP 16 2024

American Legal Claims

Document Ref: 4JFTP-DC7H6-TJJWK-JUHHV

Page 1 of 1

Elizabeth Laros
9284 Northlake Pkwy, Apt 107
Orlando, FL 32827

SEP 23 2024

Fitzgerald v. Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

32241-369898

9589 0710 5270 1586 5293 71



CERTIFIED MAIL

$9.64 0
US POSTAGE
FIRST-CLASS
062S0001050050
FROM 33506

*UNITED STATES DISTRICT*
*COURT WESTERN DISTRICT OF*
*VIRGINIA* Case No. 3:20-cv-00044

## EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### Section I: Exclusion

[✓] I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

### Section II: Contact Information

Full Name: Angela Hearn

Current Address: 14 Seaman Trail East
Palm Coast, FL 32164

Phone Number: 386-864-2143

Last Four Digits of SSN: 4319

### Section III: Signature

Signature: *Angela Hearn*

Date: 9/11/2024

---

Exclusion Request Forms must be mailed to:

**Fitzgerald v Wildcat Settlement**
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line

770            770                    *Received Date*          *Postmark Date*

FITZGERALD v WILDCAT

|| |||| || ||| | ||| ||| || ||| ||| ||

EXCLUSION 400015

SEP 26 2024

Document Ref: QYTHP-CY3J3-W7NPF-JHKMA

Page 1 of 1

Angela Hearn
14 Seaman Trl. East
Palm Coast, FL 32164

CERTIFIED MAIL

9589 0710 5270 1586 5293 88

Fitzgerald v. Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

SEP 26 2024

$9.640
US POSTAGE
FIRST-CLASS
052S0001050809
FROM 33606

B22302.07

32241-369898

*UNITED STATES DISTRICT*
*COURT WESTERN DISTRICT OF*
*VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM

### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### Section I: Exclusion

☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

---

### Section II: Contact Information

Full Name: Mary Spurr

Current Address: 1739 Simms Street

Aurora, IL  60504

Phone Number: (630) 779-8885

Last Four Digits of SSN: 4220

---

### Section III: Signature

Signature: *Mary Spurr*

Date: September 20, 2024

---

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL  32241

---

770

770
FITZGERALD v WILDCAT

EXCLUSION 400016

Write Below This Line

Received Date

SEP 3 0 2024

Postmark Date

SEP 2 ? 202.

American Legal Claims



U.S. POSTAGE PAID
FCM LETTER
AURORA, IL 60598
SEP 25, 2024
$9.68
S2324D503339-07

32241

Retail

RDC 99

CERTIFIED MAIL

7020 1810 0000 1735 9541

SEP 30 2024

Via Certified Mail

Fitzgerald vs. Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

32241-365858

Spuer
1739 Simms Street
Aurora, IL 60504



Exclude



770
FITZGERALD v WILDCAT

EXCLUSION 400017

**POSTAL SERVICE: Please Do Not Mark Barcode**



63548-FC-020460

Notice ID: 29142670
PIN: 951 432 688

WOOLMAN, JADELL
1807 N W RD
HAMPTON, NE 68843-2731

78 * 16958

*POST*MARKED

OCT 07 2024          OCT 2024

American Legal Claims

---

## 8. HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

To be excluded from this Settlement, you must send an "Exclusion Request" by mail.  You may download a form to use from the Settlement website or you may send your own letter which must include:

- Your name, address, and telephone number,
- Last four digits of your social security number, or the name of and your account number with the relevant LDF Lending Company,
- A statement that you want to be excluded: "I request to be excluded from the class settlement in this case," and
- Your Signature.

Your Exclusion Request must be **postmarked** no later than October 29, 2024, to:

Exclude

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

You may not make an Exclusion Request for any other Settlement Class Member from the Settlement Class.

The Western District of Virginia will hold a final hearing on the fairness of the Settlement on December 13, 2024 at 2:30 p.m. via Zoom. Anyone wishing to attend the Final Fairness Hearing may access the Zoom through https://www.zoomgov.com/j/1611574077, Meeting ID: 161 157 4077, Passcode: 352705. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. ***

If there are objections or comments, the Court will consider them at that time. The hearing may be moved to a different date or time without additional notice. Please check www.consumerloansettlement.com to be kept up to date on the date, time, and location of the hearing.

## 11. DO I HAVE TO COME TO THE HEARING?

No. But you are welcome to come at your own expense. As long as you mailed your written objection on time, the Court will consider it. You may also retain a lawyer to appear on your behalf at your own expense.

## 12. DO I HAVE A LAWYER IN THE CASE?

Yes. The Court has appointed the following law firms as Class Counsel to represent you and all other members of the Settlement Class:

The amount of your check will depend on what you paid in principal and/or what you paid in interest above your state's legal limits, as well as the amount of money available in the settlement fund. The list of the rates by state used in the Settlement is available at the Settlement website, www.consumerloansettlement.com. You will receive only a proportionate share of the recovery (because the total in settlement funds available likely will not be enough to pay everyone for the full amount paid on their loan). You may also go to the website to determine if you would receive a payment, and you can contact the Administrator, using the contact information below, to get an estimate of the amount you likely would receive if the Settlement is approved.

The Settlement Administrator will mail the check to the same address as this Notice, so please update your address if you move.

Payments are based on the laws of your state of residence at the time you took out the covered loan. You will not receive a cash payment, but will receive the other benefits, if you:

- Did not make any payments on your loan with the LDF Lending Companies; or

- Lived in Arizona, Colorado, Connecticut, Idaho, Illinois, Indiana, Kansas, Kentucky, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, North Carolina, Ohio, South Dakota, Vermont, and Virginia, and did not make payments above the principal of your loan; or

- Lived in Alabama, Alaska, California, Delaware, Florida, Georgia, Hawaii, Iowa, Louisiana, Maine, Maryland, Michigan, Mississippi, Missouri, Nebraska, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Washington, Washington DC, or Wyoming and did not pay interest above your state's legal limits; or

- Lived in Nevada, which have no interest rate

1807 N WRD
Hampton' NE
68843

OMAHA NE 680
1 OCT 2024  PM 3  L

OCT 07 2024

Fitzgerald Settlement
C/D Settlement Administrator
P.O. Box 23698
Jacksonville, FL
32241-3698



Notice ID : 289 27 921
PIN : 436 168 003

FITZGERALD SETTLEMENT
c/o SETTLEMENT ADMINISTRATOR
P. O. BOX 23698
JACKSONVILLE, FLORIDA
32241

① NAME: MARY DAVE
② ADDRESS: 20 WEST ENLOW DR.
DECATUR, ILL 62521
③ PHONE # 217. 870-7767

" I ~~REQUEST~~ TO BE EXCLUDED
FROM THE CLASS SETTLEMENT
IN THIS CASE "

Mary Davis

OCT 18 2024

POSTMARKED
OCT 10 2024
American Legal Claims

770
FITZGERALD v WILDCAT
EXCLUSION 400018

DAVIS
20 W. FULTON
DECATUR, ILL
(25?)

CERTIFIED MAIL®

9589 0710 5270 1551 7077 28

FITZGERALD SETTLEMENT
c/o SETTLEMENT ADMINISTRATOR
P.O. BOX 23698
Jacksonville, Florida
32241

U.S. POSTAGE PAID
FCM LG ENV
DECATUR, IL 62526
OCT 10, 2024
$5.62
R2305H129896-07

*UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
**Must be postmarked by October 29, 2024**

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### Section I: Exclusion

☒ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

### Section II: Contact Information

Full Name: PATRICIA NICHOLSON

Current Address: 550 N. Kingsbury St
Apt 516
Chicago, IL 60654

Phone Number: 312 321 0056

Last Four Digits of SSN: 7981

### Section III: Signature

Signature: *Patricia Nicholson*

Date: 10/13/2024

---

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line

770                                770                    Docket Label           Received Date        POSTMARKED

FITZGERALD v WILDCAT                                    RECEIVED            OCT 1 6 2024

EXCLUSION 400019                                        OCT 2 2 2024        American Legal Claims

S SUBURBAN IL   604

16 OCT 2024  PM 2  L

As in past elections,
USPS is
If you choo
please mail

RECEIVED
OCT 22 2024

Fitzgerald v. Wildor Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL  32241

32241-3698698

*UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement.  If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled.  If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| **Section I: Exclusion** |
|---|
| [X]  I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| **Section II: Contact Information** |
|---|

Full Name:  Samantha Corbin

Current Address:  1 E Scott st

Apt 2301

Chicago, IL 60610

Phone Number:  607-262-6294

Last Four Digits of SSN:  5686

| **Section III: Signature** |
|---|

Signature:  *Smile*

Date:  10/4/24

Exclusion Request Forms must be mailed to:

**Fitzgerald v Wildcat Settlement**
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL  32241

Administrator Use Only – Do Not Write Below This Line

770                    770

FITZGERALD v WILDCAT

||||||| |||| ||||||||||| ||||||

EXCLUSION 400020

*Received Date*          *POST* *Postmark Date*

OCT 22 2024          OCT 1 6 2024

American Legal Claims

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



## UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP





**P**

U.S. POSTAGE PAID
QUADIENT INC.
ePostage

### PRIORITY MAIL FLAT RATE®

EDELMAN COMBS LATTURNER
GOODWIN LLC
STE 1800
20 S CLARK ST
CHICAGO IL 60603-1841

Ship Date: 10/16/24
Flat Rate Env
0003

OCT 22 2024

B007

 SETTLEMENT ADMINISTRATOR
FITZGERALD V WILDCAT SETTLEM
PO BOX 23698
JACKSONVILLE FL 32241-3698

USPS TRACKING # EP



9205 5902 2008 6359 2904 02



*UNITED STATES DISTRICT*
*COURT WESTERN DISTRICT OF*
*VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement.  If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled.  If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### Section I: Exclusion

☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

### Section II: Contact Information

Full Name:            Brenda L Taylor

Current Address:      977

                      Inland Drive

                      Avon, IN 46123

Phone Number:         3174963851

Last Four Digits of SSN:  0357

### Section III: Signature

Signature:  *Brenda Taylor*

Date:       09/30/2024

---

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL  32241

Administrator Use Only – Do Not Write Below This Line

770

770
FITZGERALD v WILDCAT
EXCLUSION 400021

Received Date
OCT 22 2024
American Legal Claims

POSTMARKED
OCT 16 2024
American Legal Claims

PRESS FIRMLY TO SEAL

 

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

 | **PRIORITY** MAIL®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PAPER POUCH



**P**

U.S. POSTAGE PAID
QUADIENT INC.
ePostage

## PRIORITY MAIL FLAT RATE®

EDELMAN COMBS LATTURNER
GOODWIN LLC
STE 1800
20 S CLARK ST
CHICAGO IL 60603-1841

Ship Date: 10/16/24
Flat Rate Env
0003

 OCT 22 2024

B007

SETTLEMENT ADMINISTRATOR
FITZGERALD V WILDCAT SETTLEM
PO BOX 23698
JACKSONVILLE FL 32241-3698

USPS TRACKING # EP



9205 5902 2008 6359 2896 97



10/22/2024

**Fitgerald Settlement**

**Notice ID 28745459**

**Pin 516 745 219**

**Vickie Thornhill**

**2639 Treadway Dr**

**Decatur, GA 30034**

**404-922-7790**

**Fitgerald Settlement**

**I would like to be excluded.  I request to be excluded from the
class settlement in the case.**

*[signature]*

770
FITZGERALD v WILDCAT

EXCLUSION 400022

RECEIVED

OCT 2 4 2024

POSTMARKED

OCT 2 2 2024

American Legal Claims

US POSTAGE

quadient

FIRST-CLASS MAIL
IMI
$000.69
10/22/2024 ZIP 30329
043M62208868

ATLANTA GA RPDC 302

22 OCT 2024 PM 2 L

OCT 24 2024

Richie Thornhill
3039 Treeway Dr
Decatur, GA 30034

Fitzgerald Settlement
c/o Settlement Admin.
P.O Box 58007
Jacksonville FL 32241

32241-358858 B007

32241-358858

10-11-2024

To Whom It May Concern,

Enclosed are copies of a Settlement Notice that I received. I do not know anything about this. I have not received loans from any of the entities listed. I did not request to be a part of this settlement. I do not feel comfortable enclosing the last 4 of my SS#, however I do request to be excluded from this settlement.

My information is as follows:

Tina Donnelly

1999 N. 7th St., Coos Bay, OR. 97420

541-297-1612

"I request to be excluded from the class settlement in this case"


Tina Donnelly

770
FITZGERALD v WILDCAT
EXCLUSION 400023

RECEIVED
OCT 2 3 2024

*POSTAL SERVICE: Please Do Not Mark Barcode* 

63548-FC-005049

DONNELLY, TINA
1999 N 7TH ST
COOS BAY, OR 97420-2671

87 * 19447

Notice ID: 28393690
PIN: 820 820 946

The Western District of Virginia will hold a final hearing on the fairness of the Settlement on December 13, 2024 at 2:30 p.m. via Zoom. Anyone wishing to attend the Final Fairness Hearing may access the Zoom through https://www.zoomgov.com/j/1611574077, Meeting ID: 161 157 4077, Passcode: 352705. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.

If there are objections or comments, the Court will consider them at that time. The hearing may be moved to a different date or time without additional notice. Please check www.consumerloansettlement.com to be kept up to date on the date, time, and location of the hearing.

## 11. DO I HAVE TO COME TO THE HEARING?

No. But you are welcome to come at your own expense. As long as you mailed your written objection on time, the Court will consider it. You may also retain a lawyer to appear on your behalf at your own expense.

## 12. DO I HAVE A LAWYER IN THE CASE?

Yes. The Court has appointed the following law firms as Class Counsel to represent you and all other members of the Settlement Class:

Kristi C. Kelly, Andrew J. Guzzo, Casey Nash, and Matthew G. Rosendahl
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

These lawyers will not separately charge you for their work on the case. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 13. HOW WILL THE LAWYERS BE PAID?

Class Counsel are permitted to ask the Court for an award of attorneys' fees not to exceed one third of the monetary consideration under the Settlement. The amounts awarded by the Court will reduce the distributions to Class Members.

Class Counsel will ask the Court to approve a $15,000 payment to each of the eight individual Plaintiffs. The Plaintiffs made substantial contributions in the prosecution of these lawsuits for the benefit of the Class. The Court will ultimately decide how much the individual Plaintiffs will be paid.

## 14. HOW DO I GET MORE INFORMATION?

This Notice summarizes the proposed Settlement. You can get a copy of the Settlement Agreement and other relevant case-related documents by visiting www.consumerloansettlement.com, by contacting the Settlement Administrator at 800-348-2540 or info@consumerloansettlement.com, or by contacting Class Counsel at 804-415-8848 or questions@kellyguzzo.com.

**PLEASE DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO THE CLERK OF THE COURT, THE JUDGES, THE COMPANIES LISTED AT THE TOP OF THIS NOTICE, THE DEFENDANTS OR THE DEFENDANTS' COUNSEL.
THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

## 8. HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

To be excluded from this Settlement, you must send an "Exclusion Request" by mail. You may download a form to use from the Settlement website or you may send your own letter which must include:

- Your name, address, and telephone number,
- Last four digits of your social security number, or the name of and your account number with the relevant LDF Lending Company,
- A statement that you want to be excluded: "I request to be excluded from the class settlement in this case," and
- Your Signature.

Your Exclusion Request must be **postmarked** no later than October 29, 2024, to:

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

You may not make an Exclusion Request for any other Settlement Class Member from the Settlement Class.

## 9. HOW DO I TELL THE COURT THAT I OBJECT TO AND DO NOT LIKE THE SETTLEMENT?

Objecting to the Settlement is different than excluding yourself from the Settlement.

If you are a Settlement Class Member and you do not exclude yourself from the Settlement, you can object to the Settlement if you think the Settlement is not fair, reasonable, or adequate, and that the Court should not approve the Settlement. You also have the right to appear personally and be heard by the Court. The Court and Class Counsel will consider your views carefully.

To object, you must send a letter stating your views to each of the parties listed below:

| **COURT** | **SETTLEMENT ADMINISTRATOR** |
|---|---|
| Clerk of the Court | Fitzgerald Settlement |
| United States District Court | c/o Settlement Administrator |
| Western District of Virginia | P.O. Box 23698 |
| 255 W. Main Street | Jacksonville, FL 32241 |
| Charlottesville, VA 22902 | |

You should include the docket number on the front of the envelope and letter you file to the Court: "WDVA USDC Case No. 3:20-cv-00044".

All objections must be writing and include:
- Your name, address, telephone number and e-mail address,
- Your account number (if you know it) with the lender,
- A sentence confirming that you are a Settlement Class Member,
- Factual basis and legal grounds for the objection to the Settlement, and
- A list of any prior cases in which you or your counsel have objected to a class settlement. Counsel representing an objecting Settlement Class Member must enter an appearance in these cases. If you want to appear personally at the hearings, you must state that in your Objection.

**Objections must be filed with the above Court no later than October 29, 2024 and served on the above parties so that they are postmarked no later than October 29, 2024.**

## 10. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court will hold a hearing to decide whether to approve the Settlement.

The amount of your check will depend on what you paid in principal and/or what you paid in interest above your state's legal limits, as well as the amount of money available in the settlement fund. The list of the rates by state used in the Settlement is available at the Settlement website, www.consumerloansettlement.com. You will receive only a proportionate share of the recovery (because the total in settlement funds available likely will not be enough to pay everyone for the full amount paid on their loan). You may also go to the website to determine if you would receive a payment, and you can contact the Administrator, using the contact information below, to get an estimate of the amount you likely would receive if the Settlement is approved.

The Settlement Administrator will mail the check to the same address as this Notice, so please update your address if you move.

Payments are based on the laws of your state of residence at the time you took out the covered loan. You will **not** receive a cash payment, but will receive the other benefits, if you:

- Did not make any payments on your loan with the LDF Lending Companies; or
- Lived in Arizona, Colorado, Connecticut, Idaho, Illinois, Indiana, Kansas, Kentucky, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, North Carolina, Ohio, South Dakota, Vermont, and Virginia, and did not make payments above the principal of your loan; or
- Lived in Alabama, Alaska, California, Delaware, Florida, Georgia, Hawaii, Iowa, Louisiana, Maine, Maryland, Michigan, Mississippi, Missouri, Nebraska, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Washington, Washington D.C., or Wyoming and did not pay interest above your state's legal limits; or
- Lived in Utah or Nevada, which have no interest rate restrictions.

**Debt Cancellation:** Any covered loan that still has an outstanding balance will be cancelled, so you will not owe any more money on this debt. This will result in the cancellation of approximately $1.4 billion in debt across all class members. You will not receive a 1099 for the cancellation of this debt. The Tribal Officials have also agreed not to sell, transfer or assign any of the loans covered by the Settlement to any third party.

**Request to Delete Credit Reporting:** Tribal Officials will request that any tradelines for loans made during the class period be deleted from the various consumer reporting agencies.

**Other Benefits:** Tribal Officials will agree not to sell or transfer for commercial purposes your personal identifying information obtained between July 24, 2016 and October 1, 2023.

## 6.   WHAT DO I HAVE TO DO TO RECEIVE THE BENEFITS OF THE SETTLEMENT?

Nothing. If the Court approves the Settlement, the benefits described above will happen automatically. The Settlement Administrator will send an email after Final Approval to update you on what happened at the hearing. You can also check the website for an update or contact the Settlement Administrator or Class Counsel if you have additional questions.

## 7.   WHAT AM I GIVING UP TO GET A BENEFIT AND STAY IN THE SETTLEMENT CLASS?

Unless you exclude yourself, you are a member of the Settlement Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Released Parties concerning the claims relating to your covered loan(s). This means that you will not be able to pursue or recover any additional money from the Released Parties beyond the benefits of this Settlement. The Released Parties include: Joseph Wildcat, Sr., Nicole Chapman-Reynolds, Jessi Phillips Lorenzo, John Johnson, George Thompson, Jaime Ann Allen, Jeffrey Bauman, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Gobb, William Graveen, Sarah Pyawasit, William Stone, Sr., Jared Poupart, Paula Poupart, Patricia Zimmerman, Lyle Chapman, Ray Allen, William Cheney Pruett, Skytrail Servicing Group, LLC, the LDF Lending Companies, the Tribe, the Big Valley Band of Pomo Indians and their tribal officials and related entities, and non-tribal individuals and entities involved with or associated in any way with Niibin d/b/a Cash Aisle, Niizhwaasi d/b/a Loan at Last, Ningodwaaswi d/b/a Sky Trail Cash, Waawaatesi d/b/a Quick Help Loans (Greenline) and Giizis d/b/a Lakeshore Loans.

Staying in the Class also means that any Court orders pertaining to this Settlement will apply to you and legally bind you. The complete Release and list of Released Parties can be found in the Settlement Agreement, which is available on the Settlement website at www.consumerloansettlement.com

## 1. WHY IS THERE A NOTICE?

This Notice is about a proposed nationwide Settlement that will be considered by the United States District Court in Charlottesville, Virginia (the "Court"). The Settlement must be approved by the Court.

The Plaintiffs' claims are being settled in the United States District Court for the Western District of Virginia in the case styled, *Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al.*, No. 3:20-cv-00044.

## 2. WHAT IS THIS LAWSUIT ABOUT?

The claims involved in the Settlement arise out of loans made in the name of the LDF Lending Companies, which are owned by the Tribe.

The Plaintiffs in this case claim that the individuals and entities behind the LDF Lending Companies, including the Tribal Officials and other non-tribal participants, violated federal and various state laws by making and collecting loans with annual interest rates in excess of the amount allowed by state laws. Plaintiffs sought to prevent the Tribal Officials and others from collecting on these loans and also pursued monetary damages.

The Tribal Officials and other Released Parties vigorously deny any wrongdoing. They assert that the loans are legal because the rates and terms were authorized under the laws of the Tribe that owns and operates the LDF Lending Companies, and because the borrowers each explicitly agreed that tribal law governed the loan(s). The Released Parties also defend the consumers' claims on a number of additional grounds, including that the loans' rates and terms were fully disclosed, that the loans benefitted the consumers, that officials of the Tribe are immune from suit, and that consumers agreed to arbitrate any disputes.

Important case documents may be accessed at the Settlement website, www.consumerloansettlement.com.

## 3. WHY IS THIS A CLASS ACTION?

In a class action or proceeding, one or more people, called class representatives, bring an action on behalf of people who have similar claims. All the people who have claims similar to the class representatives are a class or class members, except for those who exclude themselves from the class. Here, the Plaintiffs have filed a lawsuit on behalf of the Class against officials of the Tribe and other individuals and entities who were involved in the lending enterprise.

## 4. HOW DO I KNOW IF I AM INCLUDED IN THE SETTLEMENT?

You are a member of the Settlement Class and would be affected by the Settlement if you entered into a loan from any of the LDF Lending Companies between July 24, 2016, and October 1, 2023.

If you received this Notice, we believe you are a member of the Settlement Class, and you will be a Settlement Class Member unless you exclude yourself.

## 5. WHAT DOES THE SETTLEMENT PROVIDE?

The Released Parties have agreed to provide the following benefits and others more fully described at the Settlement website, www.consumerloansettlement.com:

**Monetary Consideration:** A $37,350,000.00 ($37.35 million) fund will be created from contributions by the Released Parties to provide cash payments to Class Members after paying any service awards to the named Plaintiffs, attorneys' fees, and the costs of providing notice to the class members and administering the Settlement. If the Court approves the Settlement, and if you are entitled to any payment, a check for your portion will be automatically mailed to you.

1

# If You Obtained a Loan from
# Lendgreen, LendUMo, Zfunds, Makwa Financial, Brightstar Cash, National Small Loan, Bear Claw Lending, Sky Trail Cash, Loan at Last, Nine Torches, Bridge Lending Solutions, Lakeshore Loans, UbiCash, Cash Aisle, MitigCapital, Avail Blue, Evergreen Services, Blue River Lending, Quick Help Loans (Greenline), or Radiant Cash,

## You Could Get Loan Forgiveness and a Cash Payment from a Settlement.

*A federal court ordered this notice. This is not a solicitation from a lawyer.*

- Read this Notice. It states your rights and provides you with information regarding a proposed nationwide Class Action settlement ("Settlement") against a number of individuals and entities involved in the making and collecting of online loans originated by the 20 lending entities, listed above, associated with the Lac de Flambeau Band of Lake Superior Chippewa Indians (the "Tribe"), which are referred to here as the LDF Lending Companies. The settling parties listed below are known here as the Released Parties.

- This Notice is a summary of information about the Settlement and explains your legal rights and options because you are a member of the class of borrowers who will be affected if the Settlement is approved by the Court. The complete terms of the proposed Settlement are available at the Settlement website, www.consumerloansettlement.com. You may also contact Class Counsel for further details and advice.

- A lawsuit was brought on behalf of all individuals who obtained a loan from any of the LDF Lending Companies against officials of the Tribe ("Tribal Officials"), entities, and individuals alleged to be involved in the Companies' operations. The lawsuit claimed that the disputed loans were made at annual interest rates greater than what is permitted by state law, or the lenders did not have a license to lend when one was required, allegedly making the loans illegal, deceptive, or unfair under various state and federal laws. The defendants and other Released Parties denied all allegations in this lawsuit.

- As part of the proposed Settlement, all loans issued by the LDF Lending Companies between July 24, 2016, and October 1, 2023, will be cancelled if still unpaid, totaling approximately $1.4 billion in cancelled debt. Class members who do not exclude themselves from the Settlement will also receive automatic cash payments from a $37,350,000.00 ($37.35 million) fund based on applicable state laws and the amounts paid on their loans, as well as other benefits outlined below.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | You will remain a member of the Settlement Class and may be eligible for benefits, including debt cancellation. You will give up rights to ever sue the Released Parties about the legal claims that are in the lawsuits. |
| **EXCLUDE YOURSELF** | You can opt out of the Settlement, and you will not be eligible for any benefits, including any cash payments. This is the only option that allows you to keep any rights you have to bring, or to become part of, another lawsuit involving the claims being settled. There is no guarantee that another lawsuit would be successful or would lead to a larger or better recovery than this Settlement. |
| **OBJECT TO THE SETTLEMENT** | If you do not exclude yourself, you may write to the Court about why you don't like the Settlement or why the Court should not approve it. |

TINA M Donnelly

*"Come unto Me, All ye that labor and are heavy laden, and I will give you rest." - Matt. 11:28*

South Coast Gospel Mission

Lighting the Way for the homeless.

1999 N 7th Street
Coos Bay, OR 97420



RECEIVED
OCT 23 2024

PORTLAND OR RPDC 972
15 OCT 2024    PM 1    L

As in past
USPS is re___
if you choose to ___
please mail early

Fitzgerald Settlement
c/o Settlement Administrator
P.O Box 23488
Jacksonville, FL 32241

32241-369850

*UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| **Section I: Exclusion** |
|---|
| ☒ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| **Section II: Contact Information** | |
|---|---|
| Full Name: | SHONQUIL BENJAMIN |
| Current Address: | 125 BARBARA DR |
| | DERIDDER LA 70434 |
| Phone Number: | 337-495-0680 |
| Last Four Digits of SSN: | 5594 |

| **Section III: Signature** | |
|---|---|
| Signature: | *Shyl Bg* |
| Date: | 21 October 2024 |

Exclusion Request Forms must be mailed to:

**Fitzgerald v Wildcat Settlement**
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line

770



770
FITZGERALD v WILDCAT
EXCLUSION 400024

Received Date
OCT 25 2024

Postmark Date
OCT 22 2024

American Legal Claims

CERTIFIED MAIL

BANCANCO
22 APR 10

7015 0640 0001 4771 6683

U.S. POSTAGE PAID
FCM LETTER
ROSEPINE, LA 70659
OCT 21, 2024
**$4.85**
R2305H130464-03

32241

Retail

UNITED STATES POSTAL SERVICE

RDC 99

OCT 25 2024

Shaquil Benjamin
125 Barbara Dr.
Deridder LA 70634

Fitzgerald v. Wildcat Settlement
c/o Settlement Administrator

PO Box 23098
Jacksonville, FL 32241

32241-35998

UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### Section I: Exclusion

☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

---

### Section II: Contact Information

Full Name: Deborah G Hedrick

Current Address: 12802 Cottonville    Road Unit A

Norwood NC 28128-8607

Phone Number: 980-866-6634

Last Four Digits of SSN: 3253

---

### Section III: Signature

Signature: *Deborah G. Hedrick*

Date: 10/19/2024

---

Exclusion Request Forms must be mailed to:

**Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241**

---

770

770
FITZGERALD v WILDCAT

EXCLUSION 400025

Received Date
OCT 25 2024

Postmark Date
OCT 22 2024

American Legal Claims
10/4/24. 9:01 AM
Page 9 of 9

https://www.jw.org/en/library/...



CHARLOTTE NC 280

22 OCT 2024 PM 5   L

As in past e
USPS is re...

If you choose to...
please mail eart...

OCT 25 2024

FITZGERALD SETTLEMENT
c/o SETTLEMENT ADMINISTRATOR
P.O. BOX 23698
Jacksonville, FL 32241

32241-3E9898

Deborah G. Hedrick
12802 cottonville Rd
UNIT A
Norwood, NC

*UNITED STATES DISTRICT*
*COURT WESTERN DISTRICT OF*
*VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
|---|
| ☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| Section II: Contact Information | |
|---|---|
| Full Name: | Can Yavas |
| Current Address: | 8853 Lakeshore Pointe Drive |
| | Winter Garden, FL 34787 |
| Phone Number: | 863-315-0912 |
| Last Four Digits of SSN: | 8520 |

| Section III: Signature | |
|---|---|
| Signature: | Can Yavas |
| Date: | 2024-10-22 |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line

770            770
FITZGERALD v WILDCAT

Received Date

Postmark Date

OCT 25 2024

OCT 23 2024

|||||||||||||||||||||||||||||||
EXCLUSION 400026

American Legal Claims

Document Ref: CQGEQ-Y2REB-AGVF6-VVLGJ



$9.640
US POSTAGE IMI
FIRST-CLASS
0635000105006069
FROM 33606

RECEIVED
OCT 25 2024

CERTIFIED MAIL®
TAMPA FL 335

9589 0710 5270 1157 8532 18

Fitzgerald v. Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

32241-369898

Can Yavas
8853 LakeShore Pointe Dr.
Winter Garden, FL 34787

**Out-Out /Exclusion Request**

To:   Fitzgerald Settlement
      c/o/ Settlement Administrator
      P.O. Box 23698, Jacksonville, FL 32241

From:  Mary Carroll (Nixon)
       921 N Wild Olive, Ave Apt 2
       Daytona Beach, FL 32118
       Old address: 2 Rose Place, Unit B
       Palm Coast, FL 32164
       maryjcarroll74@gmail.com

Re:   Fitzgerald v. Wildcat et al, case no. 3:20-cv-00044

I, Mary Carroll, request to be excluded from the class settlement in this case.

_____
Mary J Nixon (Oct 23, 2024 13:49 EDT)

Mary Carroll a/k/a Mary Nixon

**10/23/24**
_____
Date

Last Four Digits of Social Security No.  **7100**

770
FITZGERALD v WILDCAT

EXCLUSION 400027

RECEIVED
OCT 2 5 2024

UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### Section I: Exclusion

☒ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

### Section II: Contact Information

Full Name: _Jill Pinegar_

*I do not want to be any part of this scam - do not even call or mail anything to me again!!!*

Current Address: _2890 NE 52nd Ct_
_Des Moines  IA 50317_

Phone Number: _515-779-3022_

Last Four Digits of SSN: _6601_

### Section III: Signature

Signature: _Jill Pinegar_

Date: _10-21-24_

---

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

---

770

770
FITZGERALD v WILDCAT
EXCLUSION 400028

For Use Only – Do Not Write Below This Line

Received Date    OCT 28 2024

Postmark Date    OCT 22 2024

American Legal Claims

920 E. 21st Street
Des Moines, IA 50317

**Copy Systems Inc.**

DES MOINES IA 500

22 OCT 2024PM 4 L

Hasler
10/22/2024
**US POSTAGE $000.69⁰**
FIRST-CLASS MAIL
IMI
ZIP 50317
011E11674034

RECEIVED
OCT 28 2024

868858

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, Fl. 32241

*UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA* Case No. 3:20-cv-00044

## EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
|---|
| ☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| Section II: Contact Information | |
|---|---|
| Full Name: | *Christina Pacheco* |
| Current Address: | *2611 Tanoak Terrace* |
| | *Winter Haven, FL  33881* |
| Phone Number: | *813-753-7011* |
| Last Four Digits of SSN: | *8950* |

| Section III: Signature | |
|---|---|
| Signature: | *Christina Pacheco* |
| Date: | 2024-10-24 |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL  32241

Administrator Use Only – Do Not Write Below This Line

770                770

FITZGERALD v WILDCAT

EXCLUSION 400029

Received Date

OCT 28 2024

Postmark Date

POS

OCT

American Legal Claims

Document Ref: HCATG-AJUEG-UL4SV-3SCVF

Christina Pacheco
2611 Tanoak Terrace
Winter Haven, FL 33881

Fitzgerald v. Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241



CERTIFIED MAIL®

9589 0710 5270 1157 8419 01

OCT 28 2024



$9.640
US POSTAGE IMI
FIRST-CLASS
063500010500069
FROM 33806

B22323.12

UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### Section I: Exclusion

[X] I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

---

### Section II: Contact Information

Full Name: Justin D Johnson

Current Address: 1334 Ingersoll drive

Phenix city AL, 36867

Phone Number: 334-846-2210

Last Four Digits of SSN: 0134

---

### Section III: Signature

Signature: *Justin Johnson*

Date: Oct 28, 2024

---

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

**Administrator Use Only – Do Not Write Below This Line**

770

770                          Received Date          Postmark Date

FITZGERALD v WILDCAT

EXCLUSION 400030

OCT 29 2024

*UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM

### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement.  If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled.  If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

---

### Section I: Exclusion

☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044.

### Section II: Contact Information

Full Name: Katherine Schnefke

Current Address: 101 Meridian Oaks Dr.

Glen Carbon. IL

62034

Phone Number: 618-512-0551

Last Four Digits of SSN: 7757

### Section III: Signature

Signature: _____

Date: 10/29/2024

---

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line
*Docket Label*        *Received Date*        *Postmark Date*

770

770
FITZGERALD v WILDCAT

EXCLUSION 400031

OCT 29 2024

Fizgerald v. Wildcat Settlement

c/o Settlement Administrator

PO Box 23698

Jacksonville, FL 32241


RE: Class Settlement in Lori Fitzgerald et al v. Joseph Wildcat, St., et al, No 3:20-cv-00044


I wish to be excluded from the Class Settlement in Lori Fitzgerald et al v. Joseph Wildcat, St., et al, No 3:20-cv-00044.


Thank you,


/s/ Amber Forbes


Amber Forbes

10037 Crested Fringe Dr.

Riverview, FL 33578

DOB 10-30-1981

SSN 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

PH: 305.951.2344


**770**
**FITZGERALD v WILDCAT**

EXCLUSION 400032

RECEIVED

OCT 31 2024

POSTMARKED

OCT 29 2024

American Le...

Forbes
10031 Crested Fringe Dr
Riverview FL
33578



CERTIFIED MAIL

9589 0710 5270 0560 5555 59

RDC 99

Retail

32241

U.S. POSTAGE PAID
FCM LETTER
TAMPA, FL 33630
OCT 29, 2024
$5.58
S2324M501893-28

Fitzgerald V. Wildcat
PO Box 23698
Jacksonville FL 3224)

32224133658 BC07

I request to be excluded from the class settlement in this case.

Heather Black, 1024 Jack St. Pinnacle NC 27043. Last 4 social: 5241.

770
FITZGERALD v WILDCAT
EXCLUSION 400033

OCT 3 1 2024

POSTMARKED
OCT 2 8 2024
American Legal Claims

US POSTAGE IMI PITNEY BOWES

ZIP 27106
02 7H
0000612907I

$ 000.69⁰
OCT 25 2024

GREENSBORO NC 270
28 OCT 2024 PM 3

FIRST-CLASS

OCT 31 2024

3244I-359898

Fitzgerald Settlement
c/o settlement admin.
P.O. box 23696
Jacksonville, FL 32241

5744 Reynolda Rd.
Winston Salem NC
27106

*UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA* Case No. 3:20-cv-00044

## EXCLUSION REQUEST FORM
**Must be postmarked by October 29, 2024**

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| **Section I: Exclusion** |
| --- |
| ☒ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| **Section II: Contact Information** |
| --- |
| Full Name: Thomas Ross |
| Current Address: 1503 S. Kinch St Urbana IL 61802 APT A |
| Phone Number: 217-318-6774 |
| Last Four Digits of SSN: 7243 |

| **Section III: Signature** |
| --- |
| Signature: Thomas Ross |
| Date: 10-24-2024 |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line

770   770

FITZGERALD v WILDCAT

EXCLUSION 400034

| Received Date | Postmark Date |
| --- | --- |
| RECEIVED | POS D |
| OCT 3 1 2024 | OCT 2 _ 2024 |
| | American Legal Claims |

Misuses may be a violation of federal law. This package is not for sale or resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

RESS FIRMLY TO SEAL



U.S. POSTAGE PAID
QUADIENT INC.
ePostage

# P | PRIORITY MAIL FLAT RATE®

Ship Date: 10/25/24
Flat Rate Env
0003

B007

EDELMAN COMBS LATTURNER
GOODWIN LLC
STE 1800
20 S CLARK ST
CHICAGO IL 60603-1841



SETTLEMENT ADMINISTRATOR
FITZGERALD V WILDCAT SETTLEM
PO BOX 23698
JACKSONVILLE FL 32241-3698

USPS TRACKING # EP

9205 5902 2008 6360 3578 80

UNITED STATES
POSTAL SERVICE®

PRIORITY
MAIL



*elected delivery date specified for domestic use.

*mestic shipments include $100 of insurance (restrictions apply).*

*PS Tracking® service included for domestic and many international destinations.

*ed international insurance.**

*n used internationally, a customs declaration form is required.

*ce does not cover certain items. For details regarding claims exclusions see the
*ic Mail Manual at http://pe.usps.com.
*International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


how2recycle.info

*LAT RATE ENVELOPE
RATE ■ ANY WEIGHT

*ACKED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2



PS00001000014

*UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA* Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM
### Must be postmarked by October 29, 2024

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
|---|
| [X] I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| Section II: Contact Information |
|---|
| Full Name: Justin D Johnson |
| Current Address: 1334 Ingersoll drive |
| Phenix city AL, 36867 |
| Phone Number: 334-846-2210 |
| Last Four Digits of SSN: 0134 |

| Section III: Signature |
|---|
| Signature: *Justin Johnson* |
| Date: Oct 28, 2024 |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line

770

770

FITZGERALD v WILDCAT

EXCLUSION 400035

Received Date: NOV 0 1 2024

Postmark Date: OCT 2 9 2024

American Legal Claims

1334 Ingersoll Drive
Phenix City, AL 36867

Fitzgerald V. WildCat
Settlement
c/o Settlement Administrator
P.D. Box 23668
Jacksonville, Fl 32241

32241-365858

NOV 01 2024

MOBILE AL 366

29 OCT 2024 PM 2 L

As in pas
USPS is

if you choose
please mail

BAYSIDE STATION
MOBILE AL
36665

Donald G. Triplett, III
700 Yellowhill Rd
Cherokee, NC 28719
(202) 643-4610

October 29, 2024

Fitzgerald Settlement
c/o Settlement Administrator
PO Box 23698
Jacksonville, FL 32241

RE: OPT OUT OF FITZGERALD V. WILDCAT SETTLEMENT

To Whom It May Concern:

I am a member of the above pending class. My name, address, and
telephone number are listed above. The last four of my SSN is 5035.

As the husband of an enrolled tribal member of a tribe not subject to
this litigation, I am concerned about class counsel's continued filing
of RICO suits to scrape money from tribes which further abrogates
tribal sovereignty. And as someone who works in the tax industry, I'm
also concerned about the representation of cancelled debt being in any
way "tax-free".

But ultimately, as someone who took out payday loans and paid them
back almost immediately (on payday), I will be receiving little-to-no
benefit (~$4.00) from staying in this class while the settling parties
obtain a full release of any liability. My loans will not be refunded,
unlike other class members who didn't pay their loan back but will now
be receiving full loan forgiveness. I believe this likely violates
prohibitions on intra-class conflicts, but without the ability to
obtain adequate counsel to file a meritorious objection:

I request to be excluded from the class settlement in this case.

Sincerely,

Donald G. Triplett, III

770
FITZGERALD v WILDCAT

EXCLUSION 400036

REDEMPTION POSTMARKED
NOV 0 1 2024  OCT 2 9 2024
American Legal Claims

U.S. POSTAGE PAID
FCM LETTER
SAVANNAH, GA 31406
OCT 29, 2024

**$5.58**

R2305H129789-25

32241

Retail

RDC 99

CERTIFIED MAIL®

9589 0710 5270 2104 5435 41

NOV 01 2024

700 Tellabill Rd
Cherokee, NC 28719

Fitzgerald Settlement
c/o Settlement Administrator
PO Box 2598
Jacksonville FL 32241

32241-365958

*UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA* Case No. 3:20-cv-00044

## EXCLUSION REQUEST FORM
**Must be postmarked by October 29, 2024**



**THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| Section I: Exclusion |
| --- |
| [X] I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

**Section II: Contact Information**

Full Name: MILTON FRIEDMAN

Current Address: 2310 SANDBAR DRIVE
FULLERTON, CA 92833

Phone Number: 310-663-6804

Last Four Digits of SSN: 6618

**Section III: Signature**

Signature: *[signature]*

Date: 10/27/2024

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line

770                          770

FITZGERALD v WILDCAT

|||||||||||||||||||||||||||||||
EXCLUSION 400037

Received Date
NOV 04 2024

Postmark Date
OCT 28 2024
American Legal Claims

USPS CERTIFIED MAIL™

SANTA ANA CA 926

28 OCT 2024 PM 6 L

$6.20 2 46 PM POSTAGE

FIRST-CLASS IMI
Oct 28 2024
Mailed from ZIP 92837
1 OZ FIRST-CLASS MAIL LETTER
RATE
11923275

endicia

0635001171718298

USPS CERTIFIED MAIL

9407 1118 9876 5486 1694 99

Fitzgerald v. Wildcat Settlement
SETTLEMENT ADMINISTRATOR
PO BOX 23698
JACKSONVILLE FL 32241-3698

Milton Friedman
PO BOX 2011
FULLERTON CA 92837-0011

NOV 04 2024

UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA Case No. 3:20-cv-00044

# EXCLUSION REQUEST FORM

**Must be postmarked by October 29, 2024**

 **THIS IS NOT A CLAIM FORM. This form removes you from the settlement. If you submit this form, you will not be eligible for any benefits pursuant to the settlement, including a cash payment.**

COMPLETE AND RETURN THIS FORM BY **October 29, 2024** only if you do **not** want to be part of the settlement of this case, or if you intend to file a separate lawsuit on your own for the claims alleged in this class action case. The attorneys who represent the class do not represent you with respect to any such claims if you exclude yourself.

BY COMPLETING THIS FORM, you are **excluding** yourself from participation in the settlement in this case, you will not receive any money if you are entitled. If you submit this form and want to obtain any money you will then have to file your own lawsuit. You may need to retain your own attorney. You must file your own lawsuit before time runs out to do so and you should consult your own attorney to make certain you file a complaint in the appropriate court within the time provided by the applicable statutes of limitations.

| **Section I: Exclusion** |
|---|
| ☑ I request to be excluded from the Class Settlement in Lori Fitzgerald, et al. v. Joseph Wildcat, Sr. et al., No. 3:20-cv-00044. |

| **Section II: Contact Information** | |
|---|---|
| Full Name: | Katherine Schnefke |
| Current Address: | 101 Meridian Oaks Dr. |
| | Glen Carbon. IL |
| | 62034 |
| Phone Number: | 618-512-0551 |
| Last Four Digits of SSN: | 7757 |

| **Section III: Signature** | |
|---|---|
| Signature: | _(signature)_ |
| Date: | 10/29/2024 |

Exclusion Request Forms must be mailed to:

Fitzgerald v Wildcat Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241

Administrator Use Only – Do Not Write Below This Line

770

770

FITZGERALD v WILDCAT

EXCLUSION 400038

Received Date
NOV 0 4 2024

Postmark Date
OCT 2 9 2024

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



PS00001000014

TRACKED ■ INSURED

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EP14F October 2023
OD: 12 1/2 x 9 1/2

**UNITED STATES**
**POSTAL SERVICE** ®

**PRIORITY**
**MAIL** ®

■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
■ USPS Tracking® service included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FSC
MIX
Paper
FSC® C116010

PAPER
POUCH
how2recycle.info




PAPER
POUCH
how2recycle.info

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**P**

**PRIORITY MAIL FLAT RAT**

U.S. POSTAGE PAID
QUADIENT INC.
ePostage

Ship Date: 11
Flat R

B007



EDELMAN COMBS LATTURNER
GOODWIN LLC
STE 1800
20 S CLARK ST
CHICAGO IL 60603-1841

NOV 04 2024    RECEIVED

C/O SETTLEMENT ADMINISTRATOR
FITZGERALD V WILDCAT SETTLEM
PO BOX 23698
JACKSONVILLE FL 32241-3698

USPS TRACKING #EP



9205 5902 2008 6360 6937 04

USPS TRACKING # EP



Court "WDVA USDC

To whom it may concern: 11-03-24

       I Deanna L. Spencer
live @ 7 Crescent St. Apt#8
Pittsfield, NH. 03263 last
four of Social # is 9547
      I Deanna L Spencer
request to be excluded
from the Class settlement
in this case
           Case # 320-CV-00044

             Deanna L Spencer
             11-03-24

770
FITZGERALD v WILDCAT
EXCLUSION 400039
770

POST_____D

NOV 08 2024      NOV 04 2024

American Legal Claims

MISS DEANNA L. SPENCER
7 CRESCENT ST., UNIT 8
PITTSFIELD, NH 03263

S

RECEIVED
NOV 08 2024

MANCHESTER NH 030
4 NOV 2024 PM 1 L

32241-365898

Fitzgerald Settlement
c/o Settlement Administrator
P.O. Box 23698
Jacksonville, FL 32241



Court WDVA USDC
Case # 320-CV-00044

Fizgerald v. Wildcat Settlement

c/o Settlement Administrator

PO Box 23698

Jacksonville, FL 32241


RE: Class Settlement in Lori Fitzgerald et al v. Joseph Wildcat, St., et al, No 3:20-cv-00044


I wish to be excluded from the Class Settlement in Lori Fitzgerald et al v. Joseph Wildcat,
St., et al, No 3:20-cv-00044.


Thank you,


/s/ Nicole Villegas Pena


Nicole Villegas Pena

3123 Baird Avenue

Lakeland, FL 33805

DOB 10-15-1998

SSN 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

PH: 813-707-3170



770
FITZGERALD v WILDCAT
EXCLUSION 400040

RECEIVED
NOV 0 8 2024
American Legal Claims

POSTMARKED
OCT 2 9 2024
American Legal Claims

Nicole Villegas Pena
3123 Baird Avenue
Lakeland, FL 33803

Fitzgerald v. Wildcat Settlement
c/o Settlement Administrator
PO Box 23698
Jacksonville, FL 32241

9589 0710 5270 0560 5555 99

CERTIFIED MAIL®




U.S. POSTAGE PAID
FCM LETTER
TAMPA, FL 33630
OCT 29, 2024

$5.58

RDC 99

32241

S2324M501893-28

Retail