CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 18 2024

LAURA A. AUSTIN, CLERK
BY: /s/ M. Balwig
   DEPUTY CLERK

3:20cv44

10/22/2024

Fitgerald Settlement

Notice ID 28745459

Pin 516 745 219

Vickie Thornhill

2639 Treadway Dr

Decatur, GA 30034

404-922-7790

Fitgerald Settlement

I would like to be excluded. I request to be excluded from the class settlement in the case.

*Vickie Thornhill* (signature)

Vickie Tabernhill
2639 Treadway Dr
Decatur, GA 30034

Clerk of Court
Western District of VA
255 W. Main St.
Charlottesville, VA 22902

FIRST-CLASS MAIL
IMI
$000.69
10/22/2024  ZIP 30329
043M32206898