# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| LORI FITZGERALD, et al., | ) |
| Plaintiffs, | ) Case No. 3:20-cv-00044-NKM-JCH |
| vs. | ) |
| JOSEPH WILDCAT SR., et al., | ) |
| Defendants. | ) |

## ALAN D. WINGFIELD'S UNOPPOSED MOTION TO WITHDRAW

NOW COMES Alan D. Wingfield and respectfully moves the Court for leave to withdraw as counsel for Defendants Joseph Wildcat, Sr., John Johnson, George Thompson, Jamie Ann Allen, Jeffrey Bauman, Sr., William Stone, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Cobb, William Graveen, Sarah Pyawasit, Jessi Phillips Lorenzo, and Nicole Chapman-Reynolds ("Defendants"), and in support of that motion states as follows:

1. I entered an appearance on behalf of Defendants (Dkt. No. 14), in the above-captioned litigation.

2. I plan to retire from Troutman Pepper and the practice of law on December 31, 2024.

3. Defendants will continue to be represented by other counsel.

4. Counsel for Plaintiffs has courteously agreed to the presentment of this motion as unopposed.

WHEREFORE, Alan D. Wingfield respectfully requests that the Court grant his motion to withdraw as counsel.

| | |
|---|---|
| December 2, 2024 | /s/ *Alan D. Wingfield* |

Alan D. Wingfield (VSB No. 27489)
John E. Komisin (VSB No. 84061)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: alan.wingfield@troutman.com
Email:  jed.komisin@troutman.com

and

Shilee T. Mullin *(admitted pro hac vice)*
Spencer Fane LLP
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: (402) 965-8600
Fax: (402) 965-8601
E-mail: smullin@spencerfane.com

Patrick J. McAndrews (*admitted pro hac vice*)
Spencer Fane LLP
1000 Walnut
Kansas City, MO 64106
Telephone: (816) 292-8300
Fax: (816) 474-3216
E-mail: pmcandrews@spencerfane.com

and

Andrew Adams III (*admitted pro hac vice)*
Hogen Adams PLLC
1935 County Road B2 W., Suite 460
Saint Paul, MN 55113
Telephone: (651) 842-9100
Fax: (651) 842-9101
E-mail: aadams@hogenadams.com
*Counsel for Joseph Wildcat, Sr., John Johnson, George Thompson, Jamie Ann Allen, Jeffrey Bauman, Sr., William Stone, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Cobb, William Graveen, Sarah Pyawasit, Jessi Phillips Lorenzo, and Nicole Chapman-Reynolds*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a Notice of Electronic Filing (NEF) to be delivered to all parties' counsel of record.

                                              s/ Alan D. Wingfield
                                              Alan D. Wingfield