# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **Lori Fitzgerald, et al.** | Action No:   3:20CV00044 |
| | Date:   December 13, 2024 |
| vs. | Judge:   Norman K. Moon |
| | Court Reporter:   Frank Austin |
| **Joseph Wildcat, Sr., et al.** | Deputy Clerk:   Carmen Amos |

| Plaintiff Attorneys | Defendant Attorneys |
|---|---|
| Andrew J. Guzzo | Patrick McAndrews |
| Kristi C. Kelly | Andrew Adams, III |
| | David N. Anthony |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:

Parties present by Zoom video-conference for a Final Settlement Approval / Fairness Hearing. Parties agree that the settlement terms are fair and reasonable to the class as a whole and consistent with the public interest. Parties ask the Court for final approval of the settlement and distributions and terms as set forth therein.

The Court concludes that it appears the settlement is fair and reasonable and it will grant Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF #193). An appropriate order will enter.

Time in Court:   2:34 – 3:01 p.m. (27 minutes)