3:20CV44

TO WHOM IT MAY CONCERN:

5 Dec 2024

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, V
FILED
DEC 19 2024
LAURA A. AUSTIN, CLERK
BY: /s/ [deputy signature]
DEPUTY CLERK

I am Responding to Notice ID: 29637161 PIN Number: 317896306. This notification was mailed to my old address 7913 Claudia Dr Oxon Hill, MD 20745. I recently moved to my new address 2817 Fairhaven Ave #103 Alexandria, VA 22303. I want to consent to be included in this matter; or legally, I Bryan Hall consent to be included in this legal matter. I can be reached by phone @ 202-441-6899 or email @ bryan.hall1071@gmail.com. I thank you for your time & look forward to next steps.

Sincerly, Bryan Hall
Sr

[signature: B Hall Sr]

3:20CV44