Bryan Hall Sr
2918 Fairhaven Ave
#103
Alexandria, VA 22303

#3:20CV44

Notice ID: 29637161
PIN 317696306

NOVA 220
16 DEC 2024 PM 6 L

Federal Bldg + US District Courthouse
255 West Main St
Charlottsville, VA 22902

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 19 2024

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

22902-505826